**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Best View Construction & Development, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-5419429** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1910 Sunnyridge Road**<br>**Nampa, ID 83686** | **1625 Mustang Mesa Avenue**<br>**Middleton, ID 83644** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **CANYON** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **bestviewidaho.com** |

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Best View Construction & Development, LLC**    Case number *(if known)* _____
          Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2361__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

Debtor    **Best View Construction & Development, LLC**                  Case number (*if known*)
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor     **Best View Construction & Development, LLC**                                    Case number (*if known*) _____
           Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 22, 2020**
                MM / DD / YYYY

**X** **/s/ Gaven J. King**                                         **Gaven J. King**
Signature of authorized representative of debtor                    Printed name

Title     **Owner/Manager**

**18. Signature of attorney**

**X** **/s/ Matthew T. Christensen**                     Date     **July 22, 2020**
Signature of attorney for debtor                                  MM / DD / YYYY

**Matthew T. Christensen 7213**
Printed name

**ANGSTMAN JOHNSON**
Firm name

**199 N. Capitol Blvd, Ste 200**
**BOISE, ID 83702**
Number, Street, City, State & ZIP Code

Contact phone     **208-384-8588**     Email address     **info@angstman.com**

**7213 ID**
Bar number and State

## BEST VIEW CONSTRUCTION & DEVELOPMENT LLC

July 22, 2020

### *Resolution authorizing filing of Chapter 11 Bankruptcy*

WHEREAS, the members of Best View Construction & Development, LLC (the "Company"), having complied with all operable provisions of the Company Operating Agreement (as amended); and

WHEREAS, the members having received and reviewed reports and/or information furnished to them concerning the financial condition of the Company; and

WHEREAS, it appearing in the business judgment of the members that the Company should be rehabilitated and reorganized under the supervision of the U.S. Bankruptcy Court, it is hereby

RESOLVED, that the Company initiate a new case under Chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that Gavin King is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary, or in the sole discretion of Gavin King appropriate, to cause the initiation and prosecution of a case under the Bankruptcy Code seeking rehabilitation and/or reorganization of the Company; and it is further

RESOLVED, that Gavin King is authorized and directed to employ and retain Matthew T. Christensen, attorney at law, of ANGSTMAN JOHNSON, to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the discretion of Gavin King to be appropriate.

DATED this 22nd day of July, 2020.

_____
Gavin J. King, Member/Manager

_____
Zandra King, Member

**Fill in this information to identify the case:**

Debtor name    **Best View Construction & Development, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 22, 2020**          X *{/s/ Gaven J. King*
                                          Signature of individual signing on behalf of debtor

                                          **Gaven J. King**
                                          Printed name

                                          **Owner/Manager**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Best View Construction & Development, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF IDAHO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ABC Supply Co. Attn: Chris Linkhart 925 N Franklin Blvd Nampa, ID 83687** | | **Supplies were delivered when the delivery was rejected. ABC Supply Co. came and retrieved some of the supplies.** | **Disputed** | | | $133,922.25 |
| **Broadmark Realty Capital 1420 5th Ave Suite 2000 Seattle, WA 98101** | | **1st lien on Lots 2, 3, 4, 5 and 6 of Best View Quads, Nampa, Canyon County, Idaho** | | $1,620,176.00 | $1,500,000.00 | $120,176.00 |
| **Copperhead Electric Attn: Casey Fouts 10326 West Shadybrook Boise, ID 83704** | | **Unpaid Electrical work** | **Disputed** | | | $30,451.86 |
| **Gale Contractor Services PO Box 534451 Atlanta, GA 30353-4451** | | **Insulation** | | | | $5,685.00 |
| **Idaho Power P.O. Box 70 Boise, ID 83707** | | **Unpaid Utility** | | | | $264.22 |
| **Joe Silva Living Trust 2543 E. Goshen Ave Visalia, CA 93292-8063** | | **2nd lien on Lot 6 of Best View Quads, Nampa, Canyon County, Idaho** | | $400,000.00 | $300,000.00 | $100,000.00 |
| **KYCO Services 2090 W. 500 N., Unit 6 Springville, UT 84663** | | **Drywall** | | | | $34,556.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Best View Construction & Development, LLC**
_____     Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nalin Enterprises**<br>**PO Box 191203**<br>**Boise, ID 83719** | | **Unpaid Labor** | **Disputed** | | | **$126,156.34** |
| **Native Builders**<br>**4472 N Abruzzo Ave**<br>**Meridian, ID 83646** | | **Construction Products** | | | | **$29,312.91** |
| **PlyGem Residential Solutions**<br>**5020 Weston Pkwy**<br>**Suite 400**<br>**Cary, NC 27513** | | **Construction Materials** | **Disputed** | | | **$37,485.74** |
| **Porta Pros, LLC**<br>**3716 Airport Rd.**<br>**Nampa, ID 83687** | | **Bills - portable bathrooms at construction site** | | | | **$210.14** |
| **Pro. Construction Services**<br>**Attn: Lance Robinson**<br>**1106 N 39th St**<br>**Nampa, ID 83687** | | **Subcontractor** | **Disputed** | | | **$9,391.82** |
| **ProCon Homes, Inc.**<br>**Attn: Sharon Kropf**<br>**1990 N 4000 W**<br>**Dayton, ID 83232** | | **Framing on Quadplexes** | **Disputed** | | | **$77,000.00** |
| **Sawtooth Land Surveying LLC**<br>**2030 S Washington Avenue**<br>**Emmett, ID 83617** | | **Debit for surveying service** | | | | **$2,647.50** |
| **Simonton Windows & Doors**<br>**5020 Weston Pkwy**<br>**Suite 400**<br>**Cary, NC 27513** | | **Construction Materials** | | | | **$4,527.72** |
| **Stellar Plumbing**<br>**Attn: Andy Bouk**<br>**804 S. Powerline Rd.**<br>**Nampa, ID 83686** | | **Unpaid Plumbing work** | **Disputed** | | | **$31,285.70** |
| **Wadsworth Reece**<br>**Attn: Frederick Wadsworth**<br>**6206 N Discovery Way**<br>**Boise, ID 83713** | | **Accounting Services** | | | | **$1,050.00** |

| Fill in this information to identify the case: |
| --- |
| Debtor name   **Best View Construction & Development, LLC** |
| United States Bankruptcy Court for the:   DISTRICT OF IDAHO |
| Case number (if known)   _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................... $     **1,500,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.................................................................................. $     **13,330.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................... $     **1,513,330.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **2,295,176.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................... +$     **523,947.20**

4.  Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b

| $ | **2,819,123.20** |
| --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name      **Best View Construction & Development, LLC**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Capital Educators Credit Union** | **Checking** | | **$12,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                          | **$12,000.00** |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Best View Construction & Development, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Desk** | **Unknown** | | **$100.00** |
| | Office Chair | Unknown | | $50.00 |
| | Couches | Unknown | | $300.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **HP Laptop** | Unknown | | $400.00 |
| | Canon Printer | Unknown | | $30.00 |
| | Cell Phone | Unknown | | $80.00 |
| | Briefcase | Unknown | | $20.00 |
| | HP CM 3530fs MFP (doesn't work) | Unknown | | $350.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | **$1,330.00** |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Best View Construction & Development, LLC**                    Case number *(If known)* _____
_____
Name

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Lot 2 of Best View Quads, Nampa, Canyon County, Idaho** | Fee simple | Unknown | Replacement | $300,000.00 |
| 55.2.  **Lot 3 of Best View Quads, Nampa, Canyon County, Idaho** | Fee simple | Unknown | Replacement | $300,000.00 |
| 55.3.  **Lot 4 of Best View Quads, Nampa, Canyon County, Idaho** | Fee Simple | Unknown | Replacement | $300,000.00 |
| 55.4.  **Lot 6 of Best View Quads, Nampa, Canyon County, Idaho** | Fee simple | Unknown | Replacement | $300,000.00 |
| 55.5.  **Lot 5 of Best View Quads, Nampa, Canyon County** | Fee simple | $300,000.00 | Replacement | $300,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

|  |
|---|
| **$1,500,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Best View Construction & Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **bestviewidaho.com** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                                                    $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:  All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Best View Construction & Development, LLC**    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,330.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $1,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,330.00 | + 91b. $1,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,513,330.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Best View Construction & Development, LLC**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Broadmark Realty Capital**<br>Creditor's Name<br><br>**1420 5th Ave**<br>**Suite 2000**<br>**Seattle, WA 98101**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**1st lien on Lots 2, 3, 4, 5 and 6 of Best View Quads, Nampa, Canyon County, Idaho** | **$1,620,176.00** | **$1,500,000.00** |

Creditor's email address, if known

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Joe Silva Living Trust**<br>Creditor's Name<br><br>**2543 E. Goshen Ave**<br>**Visalia, CA 93292-8063**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2nd lien on Lot 6 of Best View Quads, Nampa, Canyon County, Idaho** | **$400,000.00** | **$300,000.00** |

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Debtor    **Best View Construction & Development, LLC**    Case number (if known) _____
     Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Sherman Leibow** | Describe debtor's property that is subject to a lien | $125,000.00 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Tom Dvorak**
**601 W Bannock St**
**Boise, ID 83702**

Creditor's mailing address

**2nd lien on Lot 4 of Best View Quads, Nampa, Canyon County, Idaho**

Describe the lien
**Statutory lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Susan Perry** | Describe debtor's property that is subject to a lien | $25,000.00 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Tom Dvorak**
**601 W Bannock St**
**Boise, ID 83702**

Creditor's mailing address

**2nd lien on Lot 2 of Best View Quads, Nampa, Canyon County, Idaho**

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Susan Perry** | Describe debtor's property that is subject to a lien | $125,000.00 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Tom Dvorak**
**601 W Bannock St**
**Boise, ID 83702**

Creditor's mailing address

**2nd lien on Lot 3 of Best View Quads, Nampa, Canyon County, Idaho**

Describe the lien
**Statutory lien**

Is the creditor an insider or related party?

■ No

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Best View Construction & Development, LLC**                    Case number (*if known*) _____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

_____
**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** |

$2,295,176.0
0

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did
you enter the related creditor? | Last 4 digits of
account number for
this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name    **Best View Construction & Development, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**Idaho Department of Labor**
**317 W Main Street**
**Boise, ID 83735-0610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**Idaho State Tax Commission**
**P.O. Box 36**
**Boise, ID 83722-0410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Best View Construction & Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133,922.25 |
|---|---|---|---|

**ABC Supply Co.**
Attn: Chris Linkhart
925 N Franklin Blvd
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **3/2020**

Last 4 digits of account
number  **Best View Quads/Gaven King**

Basis for the claim:  **Supplies were delivered when the delivery was rejected.  ABC Supply Co. came and retrieved some of the supplies.**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,451.86 |
|---|---|---|---|

**Copperhead Electric**
Attn: Casey Fouts
10326 West Shadybrook
Boise, ID 83704

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **12/2019**

Last 4 digits of account number  **Gaven King**

Basis for the claim:  **Unpaid Electrical work**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,685.00 |
|---|---|---|---|

**Gale Contractor Services**
PO Box 534451
Atlanta, GA 30353-4451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2019**

Last 4 digits of account number  **2693**

Basis for the claim:  **Insulation**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $264.22 |
|---|---|---|---|

**Idaho Power**
P.O. Box 70
Boise, ID 83707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2020**

Last 4 digits of account number  **8498**

Basis for the claim:  **Unpaid Utility**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,556.00 |
|---|---|---|---|

**KYCO Services**
2090 W. 500 N., Unit 6
Springville, UT 84663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 2020**

Last 4 digits of account number  **0180**

Basis for the claim:  **Drywall**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Best View Construction & Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6**

**Nonpriority creditor's name and mailing address**

Nalin Enterprises
PO Box 191203
Boise, ID 83719

Date(s) debt was incurred **February 2020**

Last 4 digits of account number **BestView Quads**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Unpaid Labor**

Is the claim subject to offset? ☑ No ☐ Yes

**$126,156.34**

---

**3.7**

**Nonpriority creditor's name and mailing address**

Native Builders
4472 N Abruzzo Ave
Meridian, ID 83646

Date(s) debt was incurred **6/4/2020**

Last 4 digits of account number **7475**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Construction Products**

Is the claim subject to offset? ☑ No ☐ Yes

**$29,312.91**

---

**3.8**

**Nonpriority creditor's name and mailing address**

PlyGem Residential Solutions
5020 Weston Pkwy
Suite 400
Cary, NC 27513

Date(s) debt was incurred **6/2020**

Last 4 digits of account number **6989**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Construction Materials**

Is the claim subject to offset? ☑ No ☐ Yes

**$37,485.74**

---

**3.9**

**Nonpriority creditor's name and mailing address**

Porta Pros, LLC
3716 Airport Rd.
Nampa, ID 83687

Date(s) debt was incurred _

Last 4 digits of account number **1205**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Bills - portable bathrooms at construction site**

Is the claim subject to offset? ☑ No ☐ Yes

**$210.14**

---

**3.10**

**Nonpriority creditor's name and mailing address**

Pro. Construction Services
Attn: Lance Robinson
1106 N 39th St
Nampa, ID 83687

Date(s) debt was incurred **June 2020**

Last 4 digits of account
number **Bestview Construction**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset? ☑ No ☐ Yes

**$9,391.82**

---

**3.11**

**Nonpriority creditor's name and mailing address**

ProCon Homes, Inc.
Attn: Sharon Kropf
1990 N 4000 W
Dayton, ID 83232

Date(s) debt was incurred **February 2020**

Last 4 digits of account
number **Best View Apartments**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Framing on Quadplexes**

Is the claim subject to offset? ☑ No ☐ Yes

**$77,000.00**

---

**3.12**

**Nonpriority creditor's name and mailing address**

Sawtooth Land Surveying LLC
2030 S Washington Avenue
Emmett, ID 83617

Date(s) debt was incurred _

Last 4 digits of account number **Gavin King**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Debit for surveying service**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,647.50**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Best View Construction & Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,527.72 |
|---|---|---|---|

**Simonton Windows & Doors**
**5020 Weston Pkwy**
**Suite 400**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2020**

**Basis for the claim:** **Construction Materials**

Last 4 digits of account number  **1487**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,285.70 |
|---|---|---|---|

**Stellar Plumbing**
**Attn: Andy Bouk**
**804 S. Powerline Rd.**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/2020**

**Basis for the claim:** **Unpaid Plumbing work**

Last 4 digits of account number  **Gaven King**

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
|---|---|---|---|

**Wadsworth Reece**
**Attn: Frederick Wadsworth**
**6206 N Discovery Way**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2018**

**Basis for the claim:** **Accounting Services**

Last 4 digits of account number  **KinGav**

Is the claim subject to offset? ■ No ☐ Yes

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ABC Supply Co.** **One Abc Parkway** **Beloit, WI 53511** | Line  **3.1**  ☐ Not listed. Explain ____ | _ |
| 4.2 | **Gale Contractor Services** **2908 Brandt Ave.** **Nampa, ID 83687-6856** | Line  **3.3**  ☐ Not listed. Explain ____ | _ |
| 4.3 | **Kevin Dinius** **5680 E. Franklin Road** **Suite 130** **Nampa, ID 83687** | Line  **3.10**  ☐ Not listed. Explain ____ | _ |

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 523,947.20 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 523,947.20 |

**Fill in this information to identify the case:**

Debtor name    **Best View Construction & Development, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Insulation for various properties** | |
| | State the term remaining | | **Gale Contractor Services** |
| | List the contract number of any government contract | | **PO Box 534451** |
| | | | **ATLANTA, GA 30353-4451** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Disputed Contract of Purchase of Real Estate regarding Lot 5, Best View Quads, Nampa, Canyon County, Idaho Expired 6/2020.** | |
| | State the term remaining | | **James Crowley Living Trust** |
| | List the contract number of any government contract | | **c/o Karene Alton/Capital Grp** |
| | | | **2440 S. Titanium Place** |
| | | | **MERIDIAN, ID 83642** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Disputed contract of Purchase of Real Estate regarding Lot 6 of Bestview Quads, Nampa, Canyon County, Idaho Expired** | |
| | State the term remaining | | **Joe Silva Living Trust** |
| | List the contract number of any government contract | | **2543 E. Goshen Ave** |
| | | | **VISALIA, CA 93292** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract for development for development of Lot 1, Best View Quads, Nampa, Canyon County, Idaho. Exp. 11/2019 (customer refused to extend)** | |
| | State the term remaining | | **John F. Obraza Living Trust** |
| | | | **1118 Capello Way** |
| | | | **Ojai, CA 93023** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Best View Construction & Development, LLC**                      Case number *(if known)* _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Provide drywall construction and supplies to various properties.** | |
|---|---|---|---|
| | State the term remaining | | **KYCO Services** |
| | List the contract number of any government contract _____ | | **2090 W. 500 N., Unit 6 Springville, UT 84663** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Disputed Contract for Purchase of Real Estate regarding Lot 4, Best View Quads, Nampa, Canyon County, Idaho** | |
|---|---|---|---|
| | State the term remaining | **Exp. 4/30/2020 (customer refused to extend)** | **Sherman Leibow** |
| | List the contract number of any government contract _____ | | **c/o Tom Dvorak 601 W Bannock St Boise, ID 83702** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Disputed Contract of Purchase of Real Estate regarding Lot 2, Best View Quads, Nampa, Canyon County, Idaho** | |
|---|---|---|---|
| | State the term remaining | **Exp. 4/30/2020 (customer refused to extend)** | **Susan Perry** |
| | List the contract number of any government contract _____ | | **c/o Tom Dvorak 601 W Bannock St Boise, ID 83702** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Disputed Contract of Purchase of Real Estate regarding Lot 3, Best View Quads, Nampa, Canyon County, Idaho** | |
|---|---|---|---|
| | State the term remaining | **Expired 4/2020 (customer refused to extend)** | **Susan Perry** |
| | List the contract number of any government contract _____ | | **c/o Tom Dvorak 601 W Bannock St Boise, ID 83702** |

| Fill in this information to identify the case: |
|---|
| Debtor name    **Best View Construction & Development, LLC** |
| United States Bankruptcy Court for the:   DISTRICT OF IDAHO |
| Case number (if known)   _____ |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Gaven King** | **1625 Mustang Mesa Ave.** **Middleton, ID 83644-4745** | **Sawtooth Land Surveying LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Gaven King** | **1625 Mustang Mesa Ave.** **Middleton, ID 83644-4745** | **Broadmark Realty Capital** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Zandra King** | **1625 Mustang Mesa Ave.** **Middleton, ID 83644** | **Sawtooth Land Surveying LLC** | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.4 | **Zandra King** | **1625 Mustang Mesa Ave.** **Middleton, ID 83644** | **Broadmark Realty Capital** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Fill in this information to identify the case: |
|---|

Debtor name    **Best View Construction & Development, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$0.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Best View Construction & Development, LLC**                     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Broadmark Realty Capitol**<br>**1420 5th Ave**<br>**Suite 2000**<br>**SEATTLE, WA 98101** | **Sept 2019-current (MONTHLY)** | $80,100.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Susan Perry, Sherman Leibow Plaintiff, vs. Gaven King, Best View Construction & Development LLC, PBRELF 1, LLC, James Hollister, Pioneer Title Company of Canyon County Inc Defendant.**<br>**CV14-20-03757** | **Civil** | **Canyon County District Court**<br>**1115 Albany St**<br>**CALDWELL, ID 83605** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Best View Construction & Development, LLC** | | Case number *(if known)* | |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Gaven King, GOOTSH, LLC, BEST VIEW CONSTRUCTION, LLC Plaintiff, vs. Mont Tanner, Michelle Tanner Defendant.**<br>**CV14-19-02155** | **Civil** | **Canyon County District Court**<br>**1115 Albany St**<br>**CALDWELL, ID 83605** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Professional Construction Services, Inc. v. Best View Construction & Development, LLC, John Obraza**<br>**CV14-20-03501** | **Civil** | **Canyon County Court**<br>**1115 Albany Street**<br>**Caldwell, ID 83605** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Best View Construction & Development, LLC**                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Angstman Johnson 199 N. Capitol Blvd Suite 200 Boise, ID 83703** | **Retainer for Legal Work** | **6/8/2020** | **$35,000.00** |
| **Email or website address angstman.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
   to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
   2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
   both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Best View Construction & Development, LLC**                                    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Best View Construction & Development, LLC** | Case number *(if known)* |
|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Wadsworth Reece**<br>**Attn: Frederick Wadsworth**<br>**6206 N Discovery Way**<br>**BOISE, ID 83713** | **9/2018 to present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Best View Construction & Development, LLC**                    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Wadsworth Reece**<br>**Attn: Frederick Wadsworth**<br>**6206 N Discovery Way**<br>**BOISE, ID 83713** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gaven King | 1625 Mustang Mesa Ave<br>MIDDLETON, ID 83644 | Owner & Manager | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Zandra King | 1625 Mustang Mesa Ave<br>MIDDLETON, ID 83644 | Member | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Gavin King**<br>**1625 Mustang Mesa Ave**<br>**MIDDLETON, ID 83644** | $42,500.00 | 8/1/19; 9/1/19;<br>10/1/19;<br>11/1/19 | Salary |
| | **Relationship to debtor**<br>**Owner/Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

| Debtor | **Best View Construction & Development, LLC** | Case number *(if known)* |
|---|---|---|

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **July 22, 2020**

**/s/ Gaven J. King**                                    **Gaven J. King**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor      **Owner/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Idaho

In re    **Best View Construction & Development, LLC**        Case No.    _____

                              Debtor(s)              Chapter     **11**   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gaven King**<br>**1625 Mustang Mesa Ave.**<br>**Middleton, ID 83644-4745** | | **50%** | **Membership** |
| **Zandra King**<br>**1625 Mustang Mesa Ave.**<br>**Middleton, ID 83644** | | **50%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Owner/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 22, 2020**  _____      Signature   **/s/ Gaven J. King**

                                                        **Gaven J. King**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Idaho

In re    **Best View Construction & Development, LLC**

Debtor(s)

Case No.

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Owner/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 22, 2020**

**/s/ Gaven J. King**

**Gaven J. King**/**Owner/Manager**
Signer/Title

ABC Supply Co.
Attn: Chris Linkhart
925 N Franklin Blvd
Nampa, ID 83687


ABC Supply Co.
One Abc Parkway
Beloit, WI 53511


Broadmark Realty Capital
1420 5th Ave
Suite 2000
Seattle, WA 98101


Copperhead Electric
Attn: Casey Fouts
10326 West Shadybrook
Boise, ID 83704


Gale Contractor Services
PO Box 534451
Atlanta, GA 30353-4451


Gale Contractor Services
2908 Brandt Ave.
Nampa, ID 83687-6856


Gaven King
1625 Mustang Mesa Ave.
Middleton, ID 83644-4745


Idaho Department of Labor
317 W Main Street
Boise, ID 83735-0610


Idaho Power
P.O. Box 70
Boise, ID 83707

Idaho State Tax Commission
P.O. Box 36
Boise, ID 83722-0410


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


James Crowley Living Trust
c/o Karene Alton/Capital Grp
2440 S. Titanium Place
MERIDIAN, ID 83642


Joe Silva Living Trust
2543 E. Goshen Ave
Visalia, CA 93292-8063


Joe Silva Living Trust
2543 E. Goshen Ave
VISALIA, CA 93292


John F. Obraza Living Trust
1118 Capello Way
Ojai, CA 93023


Kevin Dinius
5680 E. Franklin Road
Suite 130
Nampa, ID 83687


KYCO Services
2090 W. 500 N., Unit 6
Springville, UT 84663


Nalin Enterprises
PO Box 191203
Boise, ID 83719

Native Builders
4472 N Abruzzo Ave
Meridian, ID 83646


PlyGem Residential Solutions
5020 Weston Pkwy
Suite 400
Cary, NC 27513


Porta Pros, LLC
3716 Airport Rd.
Nampa, ID 83687


Pro. Construction Services
Attn: Lance Robinson
1106 N 39th St
Nampa, ID 83687


ProCon Homes, Inc.
Attn: Sharon Kropf
1990 N 4000 W
Dayton, ID 83232


Sawtooth Land Surveying LLC
2030 S Washington Avenue
Emmett, ID 83617


Sherman Leibow
c/o Tom Dvorak
601 W Bannock St
Boise, ID 83702


Simonton Windows   Doors
5020 Weston Pkwy
Suite 400
Cary, NC 27513

```
Stellar Plumbing
Attn: Andy Bouk
804 S. Powerline Rd.
Nampa, ID 83686


Susan Perry
c/o Tom Dvorak
601 W Bannock St
Boise, ID 83702


Wadsworth Reece
Attn: Frederick Wadsworth
6206 N Discovery Way
Boise, ID 83713


Zandra King
1625 Mustang Mesa Ave.
Middleton, ID 83644
```

# United States Bankruptcy Court
### District of Idaho

In re   **Best View Construction & Development, LLC**                          Case No.

Debtor(s)                                          Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Best View Construction & Development, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 22, 2020**                                    **/s/ Matthew T. Christensen**

Date                                                **Matthew T. Christensen 7213**

Signature of Attorney or Litigant

Counsel for   **Best View Construction & Development, LLC**

**ANGSTMAN JOHNSON**
**199 N. Capitol Blvd, Ste 200**
**BOISE, ID 83702**
**208-384-8588 Fax:208-853-0117**
**info@angstman.com**