Jason R. Naess, ISBN 8407
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In re: | Case No. 20-00674-JMM |
|---|---|
| BEST VIEW CONSTRUCTION & DEVELOPMENT LLC, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Matthew W. Grimshaw
Grimshaw Law Group, P.C.
800 W. Main Street, Ste. 1460
Boise, ID, 83702
matt@grimshawlawgroup.com
O. (208) 391-7860

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:   July 24, 2020            GREGORY M. GARVIN
                                 Acting United States Trustee, Region 18

                                 By: */s/ Brett R. Cahoon*
                                 BRETT R. CAHOON
                                 Trial Attorney