Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com
        chad@angstman.com

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 20-00674-JMM |
| BEST VIEW CONSTRUCTION & DEVELOPMENT, LLC, | Chapter 11 |
| Debtor. | |

**REPORT ON DEBTOR'S EFFORTS TO ATTAIN A CONSENSUAL PLAN OF REORGANIZATION**

The Debtor, Best View Construction & Development, LLC ("Debtor"), by and through counsel, present the following report concerning their efforts to attain a consensual plan of reorganization.

1.      The Debtor filed a petition in this Court under Chapter 11, Subchapter V, of the Bankruptcy Code on the 22nd day of July, 2020.

2.      The Debtor anticipate minimal revisions to the list of creditors and assets provided in their initial schedules.

3.      The Debtor has filed an Omnibus Motion to Reject Executory Contracts that seeks to reject certain contracts that, in its business judgement, constitute unnecessary and burdensome expenses on the Debtor's estate.  Two responses were filed by

interested parties objecting to the Debtor's Omnibus Motion by the applicable deadline.

3.    The Debtor completed an Initial Debtor Interview with the U.S. Trustee's office and the Chapter 11 Trustee on August 12, 2020.  The Debtor has delivered certain documents requested by the U.S. Trustee's office and the Chapter 11 Trustee and are in the process of gathering and providing additional documents.  The Debtor is participating in a telephonic 341 Meeting of Creditors on August 27, 2020 at 10:00 a.m.

4.    The Debtor is in the process of working on its plan for reorganization.  The Debtor has been in communication with multiple interested buyers of the Debtor's projects, which will inform the bulk of the Debtor's plan of reorganization.  The outcome of the Debtor's Omnibus Motion will also inform the specific provisions for the Debtor's Plan.

5.    The Debtor has been in communications with various creditors and reviewing the Proofs of Claim as they are filed to inform its plan of reorganization.

DATED this 18th day of August, 2020.

/s/ Chad R. Moody
CHAD R. MOODY
Attorney for the Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Matthew T. Christensen**
*mtc@angstman.com*
*mtcecf@gmail.com*
*megan@angstman.com*
*mlanderson@angstman.com*
*abbie@angstman.com*
*ecf@angstman.com*
*atty_christensen@bluestylus.com christensenmr81164@notify.bestcase.com*

**United States Trustee**
*ustp.region18.bs.ecf@usdoj.gov*

**Thomas E. Dvorak**
*tedservice@givenspursley.com*

**Matthew W. Grimshaw**
*matt@grimshawlawgroup.com*

**Mark B. Perry Trevor L. Hart**
*mbp@perrylawpc.com*
*tlh@perrylawpc.com*

**Jed W. Manwaring**
*jmanwaring@evanskeane.com*

   /s/ Chad R. Moody
Chad R. Moody