## CHAPTER 11 MONTHLY OPERATING REPORT

Case No. 20-00674-JMM

Report Month/Year July/August 2020

Debtor   Best View Construction & Development LLC

This report is due 21 days after the end of the month. Debtor must attach each of the required forms or documents unless the U.S. Trustee has waived the requirement. The report must be filed with the Court.

| | The debtor has provided the following with this monthly operating report: | Yes | No |
|---|---|---|---|
| UST-2A | **Comparative Balance Sheet** | X | |
| UST-2B | **Comparative Income Statement** | X | |
| UST-2C | **Cash Receipts and Disbursements Statement** | X | |
| | **UST-2C Continuation Sheet for Each Account** | X | |
| | Detailed List of Receipts and Disbursements for Each Account | ☐ | X |
| | Bank Statement for Each Account | X | |
| | Bank Reconciliation for Each Account | ☐ | X |
| UST-2D | **Supplemental Information** | X | |

I declare under penalty of perjury that this Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Date: **9/22/20**

Name: Gavin King

Signature:

Title: Owner/Manager

United States Trustee-District of Idaho

UST-2
December 2017

Scanned with CamScanner

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE BALANCE SHEET**

Case No.    20-00674-JMM
Debtor    Best View Construction & Development LLC

Report Month/Year  July/August 2020

***ASSETS***

Current Assets:

|  |  | Current Month | | Peti ion Date |
|---|---|---|---|---|
| Cash | $ | 2,978 | $ | 45067 |
| Accounts Receivable | | 0 | | 0 |
| Receivable from Officers, Employees, Affiliates | | 0 | | 0 |
| Inventory | | 0 | | 0 |
| O her Current Assets  (List) | | 0 | | 0 |
| Legal Retainer | | 31,345 | | 31,345 |
| Total Current Assets | | 34,323 | | 31,345 |

Fixed Assets:

| Land | | 1,500,000 | | 1,500,000 |
|---|---|---|---|---|
| Building | | | | |
| Equipment, Furniture and Fixtures | | 1,330 | | 1,330 |
| Total Fixed Assets | | 1,501,330 | | 1,501,330 |
| Less:  Accumulated Depreciation | ( | 0 | | ) |
| Net Fixed Assets | | 1,501,330 | | 1,501,330 |

O her Assets (List):

| **TOTAL ASSETS** | $ | 1,535,653 | $ | 1,532,675 |
|---|---|---|---|---|

***LIABILITIES***

| Post-petition Trade Accounts Payable | $ | $161,154.52 | $ | 0 |
|---|---|---|---|---|
| Post-petition Accrued Legal Fees | | 6,984 | | 0 |
| Post-petition Taxes Payable | | 0 | | 0 |
| Post-petition Notes Payable (Broadmark) | | 11,687 | | 0 |
| O her Post-petition Payables (List):  CPA | | 0 | | 0 |
| Total Post Petition Liabilities | | 179,825 | | 0 |

Pre Petition Liabilities:

| Secured Debt | | 2,295,176 | | 2,295,176 |
|---|---|---|---|---|
| Priority Debt | | 0 | | 0 |
| Unsecured Debt | | 523,947 | | 523,947 |
| Total Pre Petition Liabilities | | 2,819,123 | | 2,819,123 |
| **TOTAL LIABILITIES** | | 2,998,948 | | 2,819,123 |

***OWNERS' EQUITY***

| Owner's/Stockholder's Equity | | (1,463,295) | | (1,286,448) |
|---|---|---|---|---|
| Retained Earnings - Prepeti ion | | | | |
| Retained Earnings - Post-pe ition | | | | |
| **TOTAL OWNERS' EQUITY** | | (1,463,295) | | (1,286,448) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 1,535,653 | $ | 1,532,675 |

*Explain any significant changes on Form UST-2D, Supplemental Information*

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE INCOME STATEMENT**

Case No.   20-00674-JMM                          Report Month/Year July/August 2020
Debtor        Best View Construction & Development LLC

|  | Current Month | Total Post-Petition |
|---|---|---|
| **GROSS SALES/REVENUE** | $ 0 | $ 0 |
| Less:  Discounts, Returns and Allowances | 0 | 0 |
| Net Sales/Revenue | 0 | 0 |
| | | |
| Cost of Sales: | | |
| Beginning Inventory $ | | |
| Add:  Purchases | | |
| Less:  Ending Inventory ( ) | | |
| Cost of Goods Sold | 0 | 0 |
| | | |
| **GROSS PROFIT** | $ 0 | $ 0 |
| | | |
| Operating/Development Expenses: | 41256.17 | 0 |
| Officers' Salaries | 0 | 0 |
| Other Salaries | 0 | 0 |
| Employee Benefits/Payroll Taxes | 0 | 0 |
| Insurance | 831.83 | |
| Rent and Lease Payments | 0 | 0 |
| Other (list):     Broadmark Payments | 0 | 0 |
| | | |
| Total Operating Expenses | 42088 | 0 |
| | | |
| **OPERATING INCOME (LOSS)** | $ -42088 | $ 0 |
| | | |
| Add:  Other Income | 0 | 0 |
| Less:  Interest Expense | | |
| Less:  Professional Fees and Other Reorganization Expenses | 0 | 0 |
| Other Adjustments to Income (explain) | 0 | 0 |
| Gain (Loss) on Sale of Assets | 0 | 0 |
| | | |
| **NET INCOME (LOSS) BEFORE TAXES** | $ -42088 | $ 0 |
| | | |
| Income Tax Expense (Benefit) | 0 | 0 |
| | | |
| **NET INCOME (LOSS)** | $ -42088 | $ 0 |

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

| | |
|---|---|
| Case No.   20-00674-JMM | Report Month/Year  July/August 2020 |
| Debtor     Best View Construction & Development LLC | |

| SUMMARY | | Current Month | | Total Post-Petition |
|---|---|---|---|---|
| **Beginning cash balance, per Debtor's books (all accounts)** | $ | 45067 | $ | 45067 |
| **Total cash receipts** (from UST-2C continuation sheets) | | | | |
| **Total cash disbursements** from (UST-2C continuation sheets) | | 42088 | | 42088 |
| **Net cash flow** (Total cash receipts less total cash disbursements) | $ | -42088 | | -42088 |
| **Ending cash balance, per Debtor's books (all accounts)** | $ | 2979 | $ | 2979 |

*Attach a UST-2C continuation sheet for each bank account and for any petty cash account.*

**CHAPTER 11 MONTHLY OPERATING REPORT -**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.  20-00674-JMM                                Report Month/Year  July/August 2020
Debtor     Best View Construction & Development LLC

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**    Cap Ed
**Account number:**                   110

| | | | |
|---|---|---|---|
| **Beginning cash balance, per Debtor's books** | | $ | 45067 |
| Add: | Transfers in from other estate bank accounts | | 0 |
| | Cash receipts deposited to this account | | 0 |
| Subtract: | Transfers out to other estate bank accounts | | 19254 |
| | **Cash disbursements** from this account | | 25818 |
| Adjustments, if any (explain) | | | 0 |
| **Net cash flow** | | $ | -45072 |
| (receipts and transfers in less disbursements and transfers out) | | | |
| **Ending cash balance, per Debtor's books** | | $ | -5 |
| (beginning balance plus net cash flow) | | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| • Detailed list of receipts and disbursements | | x |
| • Bank statement | x | ☐ |
| • Bank reconciliation | | x |

United States Trustee-District of Idaho

**CapEd Credit Union**
275 S. Stratford Drive
P.O. Box 570
Meridian, ID 83680-0570
(208) 884-0150
(800) 223-7283 (Toll Free)

**MEMBERSHIP SUPPORTS EDUCATION**

Statement

E

Log in to eBanking to see current information

| Member Number | Period Ending | Page |
|---|---|---|
| XXXXXX7490 | 07/01/20 - 07/31/20 | 1 of 2 |

| ACCOUNT SUMMARY | | |
|---|---|---|
| 0000 Basic Business Savings | $ | 5.69 |
| 0110 Basic Business Checking | $ | 0.00 |
| 0301 Business PP | $ | 12,500.00 |

Best View Construction LLC
1625 Mustang Mesa Ave
Middleton ID 83644-4745

## Basic Business Savings  (ACCT #0000)

| Beginning Balance | Credits / Deposits | Debits / Withdrawals | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $ 5.69 | $ 0.00 | $ 0.00 | $ 5.69 | $ 0.00 |

Joint Owner(s): Gaven Joel King

| Date | Credit | Debit | Balance | Description |
|---|---|---|---|---|
| 07/01 | | | $ 5.69 | Beginning Balance |
| | | | | No Transactions This Period |
| 07/31 | | | $ 5.69 | Ending Balance |

## Basic Business Checking  (ACCT #0110)

| Beginning Balance | Credits / Deposits | Debits / Withdrawals | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $ 136,696.82 | $ 17,738.75 | $ 154,435.57 | $ 0.00 | $ 0.00 |

Joint Owner(s): Gaven Joel King

| Date | Credit | Debit | Balance | Description |
|---|---|---|---|---|
| 07/01 | | | $ 136,696.82 | Beginning Balance |
| 07/01 | | -20,000.00 | 116,696.82 | Draft Withdrawal Draft # 1004 Tracer 72832116 |
| 07/01 | | -16,000.00 | 100,696.82 | Draft Withdrawal Draft # 1006 Tracer 73281052 |
| 07/01 | | -97.48 | 100,599.34 | Card purchase THE HOME DEPOT #8941 NAMPA, ID, 12345678 |
| 07/01 | | -56.35 | 100,542.99 | POS Card purchase 44 QUICK STOP 15060 HWY 44, CALDWELL, ID, 288284001 |
| 07/02 | | -20.00 | 100,522.99 | Card purchase WWW.PDF.AC PDF-FILLER HTTPSWWW.PDFF, MA, 12345678 |
| 07/02 | | -1,354.33 | 99,168.66 | Draft Withdrawal Draft # 1005 Tracer 74071818 |
| 07/02 | | -90.10 | 99,078.56 | Card purchase THE HOME DEPOT #8941 NAMPA, ID, 12345678 |
| 07/03 | | -31.80 | 99,046.76 | Card purchase TATES RENTS - NAMPA 208-4668283, ID, 79153939 |
| 07/03 | | -8,000.00 | 91,046.76 | Draft Withdrawal Draft # 1007 Tracer 74141262 |
| 07/08 | | -200.00 | 90,846.76 | Card purchase PORTA PROS. LLC 800-528-8430, ID, 12345678 |
| 07/09 | | -20.08 | 90,826.68 | POS Card purchase Wal-Mart Super 2781 WAL-SAMS, NAMPA, ID,        0037 |
| 07/09 | | -10.27 | 90,816.41 | Card purchase CHEVRON 0208316 NAMPA, ID, 12345678 |
| 07/10 | | -15.00 | 90,801.41 | Fee Withdrawal Wire Transfer - Incoming |
| 07/10 | 17,738.75 | | 108,540.16 | Deposit Wire from Washington Trust Bank |
| 07/13 | | -17,800.00 | 90,740.16 | Withdrawal |
| | | | | Wire to Washington Trust Bank |
| 07/13 | | -20.00 | 90,720.16 | Fee Withdrawal Wire Transfer-Outgoing Domestic |
| 07/13 | | -5.00 | 90,715.16 | Fee Withdrawal Wire Transfer-Outgoing Domestic Bank Fee |
| 07/14 | | -52.30 | 90,662.86 | Card purchase SHELL SERVICE STATION NAMPA, ID, 89894501 |
| 07/15 | | -11,103.47 | 79,559.39 | Check Withdrawal |
| 07/15 | | -5,318.75 | 74,240.64 | Draft Withdrawal Draft # 1008 Tracer 75138360 |
| 07/15 | | -312.53 | 73,928.11 | Card purchase THE HOME DEPOT #8941 NAMPA, ID, 12345678 |
| 07/15 | | -112.63 | 73,815.48 | Card purchase THE HOME DEPOT #8941 NAMPA, ID, 12345678 |
| 07/16 | | -15,555.00 | 58,260.48 | Check Withdrawal |
| 07/16 | | -12,545.00 | 45,715.48 | Draft Withdrawal Draft # 1009 Tracer 75282060 |
| 07/17 | | -580.28 | 45,135.20 | Card purchase PORTA PROS. LLC 800-528-8430, ID, 12345678 |
| 07/21 | | -2.22 | 45,132.98 | Card purchase CHEVRON 0377967 CALDWELL, ID, 12345678 |
| 07/21 | | -66.00 | 45,066.98 | Card purchase CHEVRON 0377967 CALDWELL, ID, 12345678 |
| 07/27 | | -60.70 | 45,006.28 | POS Card purchase 44 QUICK STOP 15060 HWY 44, CALDWELL, ID, 288284001 |
| 07/27 | | -14,005.00 | 31,001.28 | Check Withdrawal |
| 07/29 | | -10.44 | 30,990.84 | POS Card purchase 44 QUICK STOP 15060 HWY 44, CALDWELL, ID, 288284001 |
| 07/29 | | -11,663.00 | 19,327.84 | Draft Withdrawal Draft # 1027 Tracer 93384210 |

Statement

Log in to eBanking to see current information

| Member Number | Period Ending | Page |
|---|---|---|
| XXXXXX7490 | 07/01/20 - 07/31/20 | 2 of 2 |

## Basic Business Checking  (ACCT #0110)                    (Continued)

| Date | Credit | Debit | Balance | Description |
|---|---|---|---|---|
| 07/31 | | -74.15 | 19,253.69 | Card purchase SPC-NAMPA 866-484-6743, ID, 12345678 |
| 07/31 | | -50.00 | 19,203.69 | Card purchase WELLS FARGO C/A #*CASH NAMPA, ID, 00005389 |
| 07/31 | | -19,203.69 | 0.00 | Check Withdrawal |
| 07/31 | | | $ 0.00 | Ending Balance |

### Cleared Check Recap

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1004 | 07/01 | 20,000.00 | 1006 | 07/01 | 16,000.00 | 1008 | 07/15 | 5,318.75 | 1027* | 07/29 | 11,663.00 |
| 1005 | 07/02 | 1,354.33 | 1007 | 07/03 | 8,000.00 | 1009 | 07/16 | 12,545.00 | | | |

* Indicates checks out of sequence

## Business PP  (ACCT #0301)

| Beginning Balance | Ending Balance | YTD Finance Charges | Annual Percentage Rate | Daily Periodic Rate | Payment Due Date | Current Amount Due | Past Due Amount | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| $ 12,500.00 | $ 12,500.00 | $ 0.00 | 1.000% | 0.00274% | 11/06/20 | $ 0.00 | $ 0.00 | $ 0.00 |

| Date | Amount | Fees | Interest | Principal | Balance | Description |
|---|---|---|---|---|---|---|
| 07/01 | | | | | $ 12,500.00 | Beginning Balance |
| | | | | | | No Transactions This Period |
| 07/31 | | | | | $ 12,500.00 | Ending Balance |





**CapEd Credit Union**
**275 S. Stratford Drive**
P.O. Box 570
Meridian, ID 83680-0570
(208) 884-0150
(800) 223-7283 (Toll Free)

MEMBERSHIP SUPPORTS EDUCATION

Statement

Log in to eBanking to see current information

| Member Number | Period Ending | Page |
|---|---|---|
| XXXXXX7490 | 08/01/20 - 08/31/20 | 1 of 2 |

| ACCOUNT SUMMARY | | |
|---|---|---|
| 0000 Basic Business Savings | $ | 5.00 |
| 0110 Basic Business Checking | $ | 60.58 |
| 0301 Business PP | $ | 12,500.00 |

Best View Construction LLC
1625 Mustang Mesa Ave
Middleton ID 83644-4745

## Basic Business Savings  (ACCT #0000)

| Beginning Balance | Credits / Deposits | Debits / Withdrawals | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $ 5.69 | $ 0.00 | $ 0.69 | $ 5.00 | $ 0.00 |

Joint Owner(s): Gaven Joel King

| Date | Credit | Debit | Balance | Description |
|---|---|---|---|---|
| 08/01 | | | $ 5.69 | Beginning Balance |
| 08/03 | | -0.69 | 5.00 | Withdrawal Transfer to Share 0110 Overdraft Transfer |
| 08/31 | | | $ 5.00 | Ending Balance |

## Basic Business Checking  (ACCT #0110)

| Beginning Balance | Credits / Deposits | Debits / Withdrawals | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $ 0.00 | $ 250.69 | $ 190.11 | $ 60.58 | $ 0.00 |

Joint Owner(s): Gaven Joel King

| Date | Credit | Debit | Balance | Description |
|---|---|---|---|---|
| 08/01 | | | $ 0.00 | Beginning Balance |
| 08/03 | 0.69 | | 0.69 | Deposit Transfer from Share 0000 Overdraft Transfer |
| 08/03 | | -73.11 | -72.42 | Draft Withdrawal Draft # 1026 Tracer 77124988 |
| 08/03 | | -27.00 | -99.42 | Fee Withdrawal Courtesy Pay |
| 08/04 | | -23.00 | -122.42 | ACH Withdrawal DELUXE CHECK, CHECK/ACC., ▮▮▮▮▮▮▮ |
| 08/04 | | -27.00 | -149.42 | Fee Withdrawal Courtesy Pay |
| 08/19 | 250.00 | | 100.58 | Check Deposit |
| 08/20 | | -40.00 | 60.58 | Fee Withdrawal Account Research |
| | | | | Research fee- 2 hours |
| 08/31 | | | $ 60.58 | Ending Balance |

### Cleared Check Recap

| Check # | Date | Amount |
|---|---|---|
| 1026 | 08/03 | 73.11 |

| | This Period | Year-to-Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | $ 54.00 | $ 54.00 |
| TOTAL RETURNED ITEM FEES | $ 0.00 | $ 0.00 |

## Business PP  (ACCT #0301)

| Beginning Balance | Ending Balance | YTD Finance Charges | Annual Percentage Rate | Daily Periodic Rate | Payment Due Date | Current Amount Due | Past Due Amount | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| $ 12,500.00 | $ 12,500.00 | $ 0.00 | 1.000% | 0.00274% | 11/06/20 | $ 0.00 | $ 0.00 | $ 0.00 |

| Date | Amount | Fees | Interest | Principal | Balance | Description |
|---|---|---|---|---|---|---|
| 08/01 | | | | | $ 12,500.00 | Beginning Balance |
| | | | | | | No Transactions This Period |
| 08/31 | | | | | $ 12,500.00 | Ending Balance |

Statement

Log in to eBanking to see current information

| Member Number | Period Ending | Page |
|---|---|---|
| XXXXXX7490 | 08/01/20  - 08/31/20 | 2 of 2 |





**CHAPTER 11 MONTHLY OPERATING REPORT -**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.   20-00674-JMM                    Report Month/Year  July/August 2020
Debtor       Best View Construction & Development LLC

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**   Wells Fargo- DIP
**Account number:**                7536

| | | | |
|---|---|---|---|
| **Beginning cash balance, per Debtor's books** | $ | 0 | |
| Add:   Transfers in from other estate bank accounts | | 19223 | From Caped Acct |
| Cash receipts deposited to this account | | 0 | |
| Subtract:   Transfers out to other estate bank accounts | | 0 | |
| **Cash disbursements** from this account | | 16270 | |
| Adjustments, if any (explain) | | | |
| **Net cash flow** (receipts and transfers in less disbursements and transfers out) | $ | 2953 | |
| **Ending cash balance, per Debtor's books** (beginning balance plus net cash flow) | $ | 2953 | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| • Detailed list of receipts and disbursements | ❑ | x |
| • Bank statement | x | ❑ |
| • Bank reconcilation | ❑ | x |

# Wells Fargo Simple Business Checking

July 31, 2020 ◼ Page 1 of 3



BEST VIEW CONSTRUCTION & DEVELOPMENT
DEBTOR IN POSSESSION
CH11 CASE # 20-00674 (ID)
1625 MUSTANG MESA AVE
MIDDLETON ID 83644-4745

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (113)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 7/30 | $0.00 |
| Deposits/Credits | 19,223.69 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 7/31** | **$19,223.69** |
| Average ledger balance this period | $9,624.34 |

Account number: ▮▮▮▮ 7536

**BEST VIEW CONSTRUCTION & DEVELOPMENT**
**DEBTOR IN POSSESSION**
**CH11 CASE # 20-00674 (ID)**

*Idaho account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▮▮▮▮▮

For Wire Transfers use
Routing Number (RTN): ▮▮▮▮▮

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

July 31, 2020  ■  Page 2 of 3



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|---------|-------------|------|-----------|---------|
| 7/30 | | Edeposit IN Branch/Store 07/30/20 12:49:47 Pm 2122 W Karcher Rd Nampa ID 6946 | 25.00 | | 25.00 |
| 7/31 | | ATM Check Deposit on 07/31 2122 W Karcher Rd Nampa ID 0002226 ATM ID 9983J Card 6946 | 19,198.69 | | 19,223.69 |
| **Ending balance on 7/31** | | | | | **19,223.69** |
| **Totals** | | | **$19,223.69** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/30/2020 - 07/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  Your fee waiver is about to expire.  You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| ·   Average ledger balance | $500.00 | $9,624.00 ☑ |

C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 2 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---



# IMPORTANT ACCOUNT INFORMATION

Effective 05/22/2020, the Night Depository Agreement was amended to include: "Deposits placed into the night depository are considered received by us when the bag is removed from the night depository and is available to us for processing. We will credit the deposit to your account no later than the next business day."

No action is required on your part and there is no impact to the current night depository deposit process.

July 31, 2020 ■ Page 3 of 3



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers into your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your            $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total amount** | | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

August 31, 2020 ■ Page 1 of 5



BEST VIEW CONSTRUCTION & DEVELOPMENT
DEBTOR IN POSSESSION
CH11 CASE # 20-00674 (ID)
1625 MUSTANG MESA AVE
MIDDLETON ID 83644-4745

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (113)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

 # IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of several of our accounts. If these changes affect you, a detailed message is included below your transaction detail for each impacted account.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $19,223.69 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 16,270.58 |
| **Ending balance on 8/31** | **$2,953.11** |
| Average ledger balance this period | $8,845.30 |

Account number:  ▬▬ 7536

**BEST VIEW CONSTRUCTION & DEVELOPMENT
DEBTOR IN POSSESSION
CH11 CASE # 20-00674 (ID)**

*Idaho account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▬▬▬

For Wire Transfers use
Routing Number (RTN): ▬▬▬



**WELLS FARGO**

---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/4 | | Withdrawal Made In A Branch/Store | | 6,000.00 | 13,223.69 |
| 8/5 | | Withdrawal Made In A Branch/Store | | 810.00 | |
| 8/5 | | Withdrawal Made In A Branch/Store | | 105.79 | 12,307.90 |
| 8/10 | | Withdrawal Made In A Branch/Store | | 2,550.00 | 9,757.90 |
| 8/12 | | Purchase authorized on 08/11 Nampa True Value # Nampa ID ████████ Card 6946 | | 15.82 | |
| 8/12 | | Purchase authorized on 08/11 Nampa True Value # Nampa ID ████████ Card 6946 | | 4.01 | |
| 8/12 | | Purchase authorized on 08/11 SPC-Nampa 866-484-6743 ID ████████ Card 6946 | | 50.24 | 9,687.83 |
| 8/13 | | Purchase authorized on 08/12 SPC-Nampa Nampa ID ████████ Card 6946 | | 112.83 | 9,575.00 |
| 8/14 | | Withdrawal Made In A Branch/Store | | 800.00 | 8,775.00 |
| 8/17 | | Purchase authorized on 08/14 Porta Pros. LLC 800-528-8430 ID ████████ Card 6946 | | 200.00 | 8,575.00 |
| 8/18 | | Harland Clarke Check/Acc. ████████ Best View Construction | | 35.89 | 8,539.11 |
| 8/19 | | Withdrawal Made In A Branch/Store | | 255.00 | 8,284.11 |
| 8/21 | | Withdrawal Made In A Branch/Store | | 3,831.00 | 4,453.11 |
| 8/28 | | Purchase authorized on 08/27 Tates Rents - Meri 208-8887368 ID ████████ Card 6946 | | 1,500.00 | 2,953.11 |
| **Ending balance on 8/31** | | | | | **2,953.11** |
| **Totals** | | | **$0.00** | **$16,270.58** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2020 - 08/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  This is the final period with the fee waived. For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| ·   Average ledger balance | $500.00 | $8,845.00 ☑ |

C1/C1

August 31, 2020 ■ Page 3 of 5



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**IMPORTANT ACCOUNT INFORMATION:**

**Your Wells Fargo Simple Business Checking account is changing.**

Effective November 9, 2020, the name of your account will change to Initiate Business Checking (SM). Other changes to your account are listed below.

**Effective with the fee period beginning after October 8, 2020,**       the $10 monthly service fee can be avoided with ONE of the following options each fee period:

- Maintain a $500 minimum daily balance
- Maintain a $1,000 average ledger balance

If you do not meet one of the options above, the monthly service fee will be charged for fee periods ending on or after November 9, 2020.

**In addition, effective with the fee period beginning after October 8, 2020,**       other features of your account will change:

- Your account will include more Transactions at no charge, increasing from 50 to 100 each fee period. The fee for Transactions over 100 each fee period remains at $0.50 each.
- The definition of Transactions is changing to include all checks deposited and all withdrawals or debits posted to your account, including paper and electronic, except debit card purchases and debit card payments.
- Your account will include more Cash Deposits Processing at no charge, increasing from $3,000 to $5,000 each fee period. The fee for Cash Deposits Processed over $5,000 remains at $0.30 per $100 deposited.

**Fee Period:**  The fee period is the period used to calculate monthly fees. Your statement includes a monthly service fee summary with the dates of the fee period. The monthly service fee summary is also available through Wells Fargo Business Online® or Wells Fargo Mobile®.

**What remains the same:**
- The Business Fee and Information Schedule and Deposit Account Agreement, as amended, continue to apply.

If you have questions about these changes, please contact your local banker or call the number listed on this statement.

Thank you for banking with Wells Fargo. We appreciate your business.



IMPORTANT ACCOUNT INFORMATION

---

August 31, 2020  ■  Page 4 of 5

Effective 05/22/2020, the Night Depository Agreement was amended to include: "Deposits placed into the night depository are considered received by us when the bag is removed from the night depository and is available to us for processing. We will credit the deposit to your account no later than the next business day."

No action is required on your part and there is no impact to the current night depository deposit process.



---

## General statement policies for Wells Fargo Bank

■  **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount  $** | |

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers into your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your            $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.  20-00674-JMM                    Report Month/Year July/August 2020
Debtor    Best View Construction & Development LLC

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**    Wells Fargo- DIP
**Account number:**            7494

**Beginning cash balance, per Debtor's books**          $          0

Add:      Transfers in from other estate bank accounts          25      Initial Deposit
          Cash receipts deposited to this account                0      From Caped

Subtract: Transfers out to other estate bank accounts           0
          **Cash disbursements** from this account              0

Adjustments, if any (explain)                                   0

**Net cash flow**                                       $         25
(receipts and transfers in less disbursements and transfers out)          0

**Ending cash balance, per Debtor's books**             $         25
(beginning balance plus net cash flow)

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| ● Detailed list of receipts and disbursements | ❏ | x |
| ● Bank statement | x | ❏ |
| ● Bank reconcilation | ❏ | x |

# Wells Fargo Simple Business Checking

July 31, 2020  ■  Page 1 of 3



BEST VIEW CONSTRUCTION & DEVELOPMENT
DEBTOR IN POSSESSION
CH11 CASE # 20-00674 (ID)
1625 MUSTANG MESA AVE
MIDDLETON ID 83644-4745

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (113)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/30 | $0.00 |
| Deposits/Credits | 25.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 7/31** | **$25.00** |
| Average ledger balance this period | $25.00 |

Account number: ████7494

**BEST VIEW CONSTRUCTION & DEVELOPMENT**
**DEBTOR IN POSSESSION**
**CH11 CASE # 20-00674 (ID)**
*Idaho account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ███████

For Wire Transfers use
Routing Number (RTN): ███████

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|----------|-----------|---------|
| 7/30 | | Edeposit IN Branch/Store 07/30/20 12:50:26 Pm 2122 W Karcher Rd Nampa ID 6946 | 25.00 | | 25.00 |
| **Ending balance on 7/31** | | | | | **25.00** |
| **Totals** | | | **$25.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/30/2020 - 07/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $25.00 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# IMPORTANT ACCOUNT INFORMATION

———————————————

Effective 05/22/2020, the Night Depository Agreement was amended to include: "Deposits placed into the night depository are considered received by us when the bag is removed from the night depository and is available to us for processing. We will credit the deposit to your account no later than the next business day."

No action is required on your part and there is no impact to the current night depository deposit process.



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                          $ _____
register or transfers into                                 $ _____
your account which are not                                 $ _____
shown on your statement.                                 + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

August 31, 2020 ■ Page 1 of 4



BEST VIEW CONSTRUCTION & DEVELOPMENT
DEBTOR IN POSSESSION
CH11 CASE # 20-00674 (ID)
1625 MUSTANG MESA AVE
MIDDLETON ID 83644-4745

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (113)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

 IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of several of our accounts. If these changes affect you, a detailed message is included below your transaction detail for each impacted account.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $25.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 8/31** | **$25.00** |
| | |
| Average ledger balance this period | $25.00 |

Account number:  ▇▇▇7494

**BEST VIEW CONSTRUCTION & DEVELOPMENT
DEBTOR IN POSSESSION
CH11 CASE # 20-00674 (ID)**

*Idaho account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▇▇▇▇▇

For Wire Transfers use
Routing Number (RTN): ▇▇▇▇▇



---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2020 - 08/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  This is the final period with the fee waived.
For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $25.00 ☐ |

C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**IMPORTANT ACCOUNT INFORMATION:**

**Your Wells Fargo Simple Business Checking account is changing.**

Effective November 9, 2020, the name of your account will change to Initiate Business Checking (SM). Other changes to your account are listed below.

**Effective with the fee period beginning after October 8, 2020,**        the $10 monthly service fee can be avoided with ONE of the following options each fee period:

- Maintain a $500 minimum daily balance
- Maintain a $1,000 average ledger balance

If you do not meet one of the options above, the monthly service fee will be charged for fee periods ending on or after November 9, 2020.

**In addition, effective with the fee period beginning after October 8, 2020,**        other features of your account will change:

- Your account will include more Transactions at no charge, increasing from 50 to 100 each fee period. The fee for Transactions over 100 each fee period remains at $0.50 each.
- The definition of Transactions is changing to include all checks deposited and all withdrawals or debits posted to your account, including paper and electronic, except debit card purchases and debit card payments.
- Your account will include more Cash Deposits Processing at no charge, increasing from $3,000 to $5,000 each fee period. The fee for Cash Deposits Processed over $5,000 remains at $0.30 per $100 deposited.

August 31, 2020 ■ Page 3 of 4



**Fee Period:**  The fee period is the period used to calculate monthly fees. Your statement includes a monthly service fee summary with the dates of the fee period. The monthly service fee summary is also available through Wells Fargo Business Online® or Wells Fargo Mobile®.

**What remains the same:**
- The Business Fee and Information Schedule and Deposit Account Agreement, as amended, continue to apply.

If you have questions about these changes, please contact your local banker or call the number listed on this statement.

Thank you for banking with Wells Fargo. We appreciate your business.

# ✓ IMPORTANT ACCOUNT INFORMATION



Effective 05/22/2020, the Night Depository Agreement was amended to include: "Deposits placed into the night depository are considered received by us when the bag is removed from the night depository and is available to us for processing. We will credit the deposit to your account no later than the next business day."

No action is required on your part and there is no impact to the current night depository deposit process.

**WELLS FARGO**

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount  $   |        |

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into             $ _____
your account which are not             $ _____
shown on your statement.             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION**

Case No.  20-00674-JMM                                      Report Month/Year    July/Aug 2020
Debtor:  Best View Construction & Development, LLC

**Reconciliation of Unpaid Post-Petition Taxes**

| Type of tax | 1<br>Unpaid post-petition taxes from prior reporting month | 2<br>Post-petition taxes accrued this month (new obligations) | 3<br>Post-petition tax payments made this reporting month | 4<br>Unpaid post-petition taxes at end of reporting month (col. 1+2-3) |
|---|---|---|---|---|
| **Federal** | | | | |
| Employee income tax withheld | | | | 0 |
| Employee FICA taxes withheld | | | | 0 |
| Employer FICA taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other: | | | | 0 |
| **State** | | | | |
| Sales, use & excise taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other: | | | | 0 |
| **Local** | | | | |
| Personal property taxes | | | | 0 |
| Real property taxes | | | | 0 |
| Other: | | | | 0 |
| **Total unpaid post-petition taxes** | | | | 0 |

**Payments to Attorneys and Other Professionals** (requires court approval)

| Professional's name | Type of services | Amount paid this month | Date of court approval | Balance unpaid at end of month, net of retainer |
|---|---|---|---|---|
| Angstman Johnson | Legal | 0 | 0 | 0 |
| | | | | |
| | | | | |
| | | | | |

**Payments to Principals of Debtor and Other Insiders** (includes officers, directors, shareholders, partners, members, relatives, etc.)

| Payee's name | Position with or relationship to Debtor | Amount paid this month | Purpose of payment (e.g., wages or salary, expense reimbursement, loan repayment, advance, draw, |
|---|---|---|---|
| NA | | 0 | |
| | | | |
| | | | |
| | | | |

**Insurance Coverage Summary**

| Type of insurance | Insurance carrier | Amount of coverage | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | na | na | na | |
| General liability | Western Community Ins. Carr. | 20000000 | 04/10/21 | 04/10/21 |
| Property (fire, theft, etc.) | na | na | na | |
| Vehicle | na | na | na | |
| Other: | | | | |
| Other: | | | | |
| *If any policies were renewed or replaced during reporting period, attach new certificate of insurance.* | | | | |

**CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION**

Case No._____          Report Month/Year_____

Debtor_____

**Accounts Receivable Aging Summary** (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Pre-peti ion receivables | 0 |  |  |  | 0 |
| Post-peti ion receivables | 0 |  |  |  | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

**Post-Petition Accounts Payable Aging Summary** (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Trade Payables | $161,154.52 |  |  |  | $161,154 52 |
| Other Payables |  |  |  |  | $-00 |
| Total | $161,154.52 | $-00 | $-00 | $-00 | $161,154 52 |

**Personnel Changes**

|  | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 0 | 0 |
| Number of employees at end of month | 0 | 0 |

**Other Information**

|  | Yes | No |
|---|---|---|
| **Payment of Pre-Petition Debts**<br>Did Debtor pay any unsecured pre-petition debts during the reporting month? *If yes, attach a detailed explanation including the payee, amount paid, and date of court approval.* | ❏ | x |
| **Sale of Assets**<br>Did Debtor, or another party on behalf of Debtor, sell, transfer, or otherwise dispose of any assets outside of the ordinary course of Debtor's business during the reporting month? *If yes, attach a report of sale or settlement statement, or detailed explanation including description of asset sold, purchase, sale price, net proceeds received, and date of court approval*. | ❏ | x |
| **Post-Petition Financing**<br>Did Debtor borrow any money outside of the ordinary course of business during the reporting month? *If yes, attach a detailed explanation including the name of the lender, the amount borrowed, and the date of court approval.* | ❏ | x |

**Narrative**

*Provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period; any unusual or non-recurring accounting transactions that are reported in the financial statements; any significant changes in the financial condition of the debtor; and any progress made toward confirmation of a plan during the month.*

The Debtor will but updating its schedules to amend the amount of cash as of the pe ition date.

Development funding was suspended following petition pending resolution of disputes over lien positions.   Given recent developments

in the case and amongst the interested parties, Debtor believes development funding will likely resume to cover development expenses.