Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 20-00674-JMM |
|---|---|
| BESTVIEW CONSTRUCTION & DEVELOPMENT, LLC | Chapter 11, SubChapter V |
| | OBJECTION TO CLAIM AND NOTICE – PROCON HOMES, INC. |
| Debtor. | |

To:   ProCon Homes, Inc.
      c/o Jed W. Manwaring
      PO Box 959
      Boise, ID 83701

**NOTICE**

**YOU ARE HEREBY NOTIFIED** that the Debtor-in-Possession of the above-captioned bankruptcy estate has objected to the allowance of your Claim No. 3, filed on August 4, 2020, in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

**YOU ARE FURTHER NOTIFIED** that if you do not want the Court to eliminate or change your claim, and you wish to contest the Debtor's objection to your claim, a written reply to the objection, explaining your position, must be filed in duplicate within thirty (30) days from the date this objection is mailed. File the original (1) with the Clerk of the Bankruptcy Court, Federal Building, 550 West Fort Street, Boise, ID 83701; and (2) a copy with the Debtor and its counsel. *If you mail your response to the court for filing, you must mail it early enough so that the Court will receive it on or before the end of the thirty-day period.*

**YOU ARE FURTHER NOTIFIED** that if the objection is a matter which can be corrected by filing an amended claim, you may do so prior to the expiration of the thirty (30) day period. Failure to file a written reply will result in the Debtor requesting that the Court enter an order disallowing

the claim to the extent objected to. If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim and may grant the Debtor's request.

## **OBJECTION**

The Debtor's objection is made on the following grounds:

1. Documentation attached to the Proof of Claim asserts that the claim is based on "materials furnished to and/or labor performed". However, the Debtor disputes the labor was professionally or competently performed and/or materials furnished were correct or of correct quality. ProCon Homes was hired to do framing work on the properties. Work was performed incorrectly, was incomplete, and/or was not completed in time and causes delays to the rest of the work being performed by other parties.

Based on the foregoing objections, the Claim asserted by ProCon Homes in its Proof of Claim No. 3 should be disallowed.

DATED this 20th day of October, 2020.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Trustee

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 20th day of October, 2020, I filed the foregoing OBJECTION TO CLAIM AND NOTICE – PROCON HOMES electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@angstman.com |
| Chad Moody | chad@angstman.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Heidi Buck Morrison | heidi@racineolson.com |
| Thomas E Dvorak | ted@givenspursley.com |
| Jared Harris | jharris@bakerharrislaw.com |
| Jay J. Kiiha | jkiiha@whitepeterson.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Randall A. Peterman | rap@givenspursley |

    Any others as listed on the Court's ECF Notice.

    I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, postage prepaid:

ProCon Homes, Inc.
c/o Jed W. Manwaring
PO Box 959
Boise, ID 83701

    /s/ Matt Christensen
    Matthew T. Christensen