Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com
      chad@angstman.com

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>BEST VIEW CONSTRUCTION & DEVELOPMENT, LLC,<br><br>              Debtor. | Case No. 20-00674-JMM<br><br>Chapter 11 |

**APPLICATION TO EMPLOY APPRAISER**

> **Notice of Application to Employ Appraiser and Opportunity to Object and for a Hearing**
>
> <u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection.</u>  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

      The Debtor, Best View Construction & Development, LLC ("Best View"), hereby applies to the Court, pursuant to 11 U.S.C. §§327, 328, and 1184, and Federal Rule of Bankruptcy

**APPLICATION TO EMPLOY APPRAISER – PAGE 1**
A◆J; Matter: 13570-004

Procedure 2014(a), to approve employment of Integra Realty Resources-Boise as appraiser for the estate on the following terms and conditions set forth herein below:

1. <u>Bankruptcy Petition</u>: On July 22, 2020 (the "Petition Date"), Best View initiated a case seeking relief under Subchapter V of Chapter 11 of the Bankruptcy Code and continues as debtor in possession.

2. <u>Name and address of Appraiser</u>:

    a. Firm Name: Integra Realty Resources - Boise
    b. Appraiser Name: Robin Brady (or other appraisers of the firm)
    c. Address: 1661 W. Shoreline Dr., Ste 200, Boise, ID 83702
    d. Phone number: (208) 342-2500

3. <u>Compensation</u>: Compensation shall be calculated in a manner consistent with the engagement letter for employment attached hereto as **Exhibit A ("**the Contract**")**.

4. <u>Necessity of Employment</u>: Best View has objected to unsecured portions of certain proofs of claim filed by certain creditors holding vendees' liens against the Debtor's property. Best View's objection in part relates to these creditors' claims for damages concerning to Best View's rejection of the relevant purchase agreements. The proper calculation for damages depends on the fair market value of the property at the time. the contract was deemed breached (i.e., the day prior to the bankruptcy petition) and the contract price. To prove the value of the fair market value of the property retroactively, Best View requires the services of an appraiser to provide the necessary valuation. Best View specifically needs to employ the Appraiser to assist them with the following specific matters:

    a. Providing a retrospective market value (date to be provided by the client), at which time the apartments were in an interim state of construction;
    b. Provide written narrative report of determinations;
    c. Provide expert testimony regarding the same.

**APPLICATION TO EMPLOY APPRAISER – PAGE 2**
A◆J; Matter: 13570-004

Best View is not hiring and the Appraiser is not agreeing to perform services for Best View or the estate for any other matters other than the specific matters listed here.

5. <u>Reason for Selection of Appraiser</u>:  Best View has determined that the Appraiser has the expertise and skill to perform the required appraisal in a professional and expeditious manner, and a willingness to testify regarding the outcome of the appraisal.

6. <u>Contract with Appraiser</u>:  Attached is a true and correct copy of the Contract to be entered into between Best View and Appraiser.

7. <u>Appraisers Connections to Parties in Interest</u>:  To the best of Best View's knowledge, the Appraiser is a disinterested person, and does not hold an interest adverse to the bankruptcy estate with respect to the matters for which Appraiser is to be employed.  In addition, to the best of Best View's knowledge, the Appraiser does not have any connections with Best View, with a creditor of the bankruptcy estate, any other party in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee in relation to this bankruptcy proceeding, with the exception of those listed in the Verified Statement of Robin Brady, filed contemporaneously herewith.

8. <u>Disinterested Person:</u>  Best View believes that Appraiser and its owners, employees and associates, do not hold or represent any interest adverse to that of Best View or the bankruptcy estate with respect to the matters for which the Appraiser is to be employed, and that said Appraiser is a disinterested person within the meaning of 11 U.S.C. §101(13).

9. <u>FRBP 6005</u>:  Pursuant to FBRP 6005, Best View requests the Court, provided employment of this appraiser is approved, fix the amount or rate of compensation for the appraiser in the order approving the employment of the appraiser, based on the Contract.

**APPLICATION TO EMPLOY APPRAISER – PAGE 3**
A◆J; Matter: 13570-004

Best View requests that it be authorized to employ the Appraiser upon the terms and conditions described in this application, with the exact amount paid to said professional to be subject to this Court's approval in compliance with the Bankruptcy Code.

### NOTICE

Your rights may be affected. You should read the application carefully and discuss it with your attorney if you have one. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the application or if you want the Court to consider your views on the motion, then you or your attorney may, file a response with the Bankruptcy Court and, at the same time, serve a copy of that response on the Debtor c/o Matthew T. Christensen.

If you and your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion land may enter an Order granting that relief.

DATED this  29  day of April, 2021.

                                                                                                            _____
                                                                                                            GAVEN KING
                                                                                                            Sole Member of Debtor
                                                                                                            Debtor in Possession

Verified by PDFfiller
04/30/2021

**APPLICATION TO EMPLOY APPRAISER – PAGE 4**
A♦J; Matter: 13570-004

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _30th___ day of April, 2021, I filed the foregoing APPLICATION TO EMPLOY APPRAISER electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Matthew T. Christensen**
*mtc@angstman.com*
*mtcecf@gmail.com*
*megan@angstman.com*
*mlanderson@angstman.com*
*abbie@angstman.com*
*ecf@angstman.com*
*atty_christensen@bluestylus.com christensenmr81164@notify.bestcase.com*

**United States Trustee**
*ustp.region18.bs.ecf@usdoj.gov*

**Thomas E. Dvorak**
*tedservice@givenspursley.com*

**Matthew W. Grimshaw**
*matt@grimshawlawgroup.com*

**Mark B. Perry Trevor L. Hart**
*mbp@perrylawpc.com*
*tlh@perrylawpc.com*

**Jed W. Manwaring**
*jmanwaring@evanskeane.com*
 Any others as listed on the Court's ECF Notice.

                                                      /s/    Chad R. Moody
                                                     Chad R. Moody

**APPLICATION TO EMPLOY APPRAISER – PAGE 5**
A◆J; Matter: 13570-004

Integra Realty Resources
Boise

River Walk Center
1661 W. Shoreline Drive, Suite 200
Boise, ID 83702

T 208.342.2500
F 208.342.2220
www.irr.com



October 12, 2020

Matthew T. Christensen
Attorney at Law and Counselor
Angstman Johnson
199 N. Capitol Blvd., Ste. 200
Boise, ID 83702
(208) 384-8588
mtc@angstman.com

RE:  Best View Quads
    Multifamily Property
    Sunny Ridge Rd. south of Main Ave.
    Nampa, ID 83686

This letter is to confirm our agreement to perform professional services for you on the above-referenced property.

The following conditions will be the basis of a contract agreement between you ("Client") and Integra Realty Resources – Boise (IRR Boise).

1. <u>Scope of Services</u>:
   IRR–Boise shall render an opinion on the retrospective market value (date to be provided by the client), at which time the apartments were in an interim state of construction.  All relevant valuation approaches will be employed.

   The results shall be communicated in a written narrative report in summary format.

2. <u>Value Definition</u>:  Market Value per FIRREA

**EXHIBIT A**

Matthew T. Christensen
October 12, 2020
Page 2

3. <u>Independent Judgment/Conduct</u>:  IRR Boise will exercise independent judgment and complete the appraisal or consulting assignment in accordance with sound appraisal practice and the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute and the Uniform Standards of Professional Appraisal Practice (USPAP).

4. <u>Payment/Retainer</u>: Client agrees to pay IRR Boise as compensation for professional appraisal services, as specified below:

**Not to exceed $4,500**

| | | |
|---|---|---|
| **Retainer** | **$2,250** | Due upon execution of contract |
| **Upon Completion** | <u>**$2,250**</u> | Due upon completion of report |
| | **$4,500** | Total Fee |

If for any reason it appears that the fees will exceed the preceding quotation, IRR Boise agrees to contact the client for further instructions / approval.

5. <u>Late Fees/Collection</u>:    Fees are due and payable upon IRR Boise's delivery of the reports to the Client or Client's assigns, or as set forth in Item 4 preceding.

If any balance due IRR Boise under this agreement is not paid within 30 days of the performance dates or events set forth in Item 4, then such account shall be considered delinquent and shall accrue interest at per diem equivalent of a **1.5% per month** late penalty, commencing on the date such payment became originally due.

If any payment due IRR Boise Inc. is not paid when due, Client shall pay all expenses of collection, including but not limited to, reasonable court costs and attorney's fees.

6. <u>Unbiased Opinion</u>:  IRR Boise will provide an unbiased opinion without any preconception of a particular value or conclusion to the Client.

7. <u>Copies of the Report</u>:  IRR Boise agrees to provide the Client <u>**3**</u> copies of each appraisal report. Extra copies can be made available at a $75 minimum charge per copy if ordered prior to delivery, or $200 if ordered subsequent to delivery of the original reports.

8. <u>Delivery</u>:  The anticipated timeline to complete the project is

**Approximately 45 days from receipt of requested information**

This delivery date assumes we receive from the Client or property owner all readily available data pertinent to the assignment, including but not necessarily limited to:

Matthew T. Christensen
October 12, 2020
Page 3

1. **Copy of signed letter of authorization (this document) and retainer**
2. **Construction costs expended and remaining as of the effective date**
3. **Rent roll**
4. **Pro forma income/expense statements**
5. **Purchase price of the land**
6. **Terms of any pending or closed sales, listings, or offers on the property**
7. **To the extent available, title report, ALTA survey, environmental site assessment, and property condition assessment report**
8. **Contact person who can arrange the property inspection**

The estimated completion period assumes that access to the property is readily available. We agree to make a good faith effort to complete the report within the anticipated time frame; but reserve the right to delay such completion where strict adherence to an anticipated delivery date would compromise the reliability or validity of the resulting analysis.

9. <u>Court Testimony</u>:   If Client requests or anyone requires IRR Boise or its agent(s) to testify or be in attendance at any court or administrative hearing relating to this appraisal or consulting assignment, attend conferences or depositions relating thereto, and for any preparation relating thereto, such will be agreed upon prior to acceptance of the assignment, and the Client shall pay IRR Boise at the rate of

**Robin Brady: $250 per hour**

10. <u>Cancellation</u>:    If you agree to the conditions set forth herein and subsequently decide that our services are no longer needed, you are responsible for payment for the time IRR Boise has invested in the project up to that point. In such case, you will be billed for the time IRR Boise has invested at the rate of **$750 per day**, not to exceed the fee quote for the complete assignment.

There will be a minimum rescheduling charge of **$750.**

11. <u>Projects Put "On Hold."</u>     If during the course of this assignment IRR Boise's work has to be put on hold due to the unavailability of information required from the Client, IRR Boise will move on to the next project on its schedule, and will make every effort to come back to the Client's project as soon as the project next in line is completed, assuming the requested information from the Client has since become available.

Matthew T. Christensen
October 12, 2020
Page 4

When an appraiser puts a project on hold for a number of days, it takes the better part of the first day back on the Client's job to read through the file notes and appraisal draft to get back "up to speed" with where he left off. Projects which are delayed by the Client more than 3 weeks are subject to a $750 increase in the fee for services rendered.

12. Confidentiality. IRR Boise and its employees and contractors will make every reasonable effort to hold information provided us by our client confidential, if clearly provided to us under the expectation of confidentiality. However, the simple act of the Client providing IRR Boise information does not imply any obligation of confidentiality, and the proper valuation of real estate requires and is dependent upon our ability to collect and analyze comparable sales, rents, expenses, and costs. Thus, in the absence of any explicit prohibition against the use of specific information, IRR Boise may use such data in our analyses of other properties for the same or other clients. In all situations, information obtained on properties other than the subject of our analysis (comparables and potential comparables) shall not be confidential or exclusively used for this assignment, and even confidential information may be subject to disclosure under court order or peer review by the Appraisal Institute or the American Society of Farm Managers & Rural Appraisers.

13. Severability. In the event any provision of this agreement shall be determined to be void or unenforceable by any court of competent jurisdiction, such determination shall not affect any other provision of this agreement and all other provisions shall remain in full force and effect.

Your signature on the original of this letter, returned to our office, will confirm our mutual understanding. Upon receipt of the signed letter, and all applicable information as outlined in Item 8 above, we will undertake our analysis of the above-reference property at our earliest opportunity. We appreciate this opportunity to be of service to you.

Matthew T. Christensen
October 12, 2020
Page 5

Sincerely,

**Integra Realty Resources — Boise**

Robin Brady, MAI
Director

_____
Client (Signature)

_____
Client Name & Title (Printed)

_____
Company Name (Printed)

_____
Date