Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>BEST VIEW CONSTRUCTION & DEVELOPMENT, LLC,<br><br>　　　　Debtor. | Case No. 20-00674-JMM<br><br>Chapter 11 |

## STIPULATION TO VACATE AND RESET HEARINGS

The Debtor in Possession, Best View Construction & Development, LLC, by and through its counsel of record, ANGSTMAN JOHNSON, and certain other interested parties as outlined below, hereby stipulate and agree that the hearing currently set on June 8, 2021 on the matters listed below be vacated and reset to June 22, 2021, at 9:00 am. The matters to be reset including the following:

1. Debtor's Second Amended Plan of Reorganization (Docket No. 204).

2. Objection to Claim No. 4 (Docket No. 62).

3. Objection to Claim No. 5 (Docket No. 63).

4. Objection to Claim No. 8 (Docket No. 64).

5. Objection to Claim No. 14 (Docket No. 197) (this Objection to Claim will not be reset to June 22, 2021, but will be separately set for a later date).

The parties further agree that the following pre-hearing deadlines shall apply for the matters reset to June 22, 2021:

1. Objections to the Debtor's Second Amended Plan and return of new ballots shall be filed or served no later than June 8, 2021.

2. Witness Lists, Exhibits Lists, Pretrial Memorandums and Notices of Intent to Present Evidence (if needed) shall be filed no later than June 15, 2021.

DATED this 25th day of May, 2021.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtor in Possession

DATED this 26th day of May, 2021.

/s/ Tom Dvorak (email approval 5/26/01)
THOMAS E. DVORAK
Attorney for Creditors Susan Perry and Sherman Leibow

DATED this 26th day of May, 2021.

/s/ Heidi Buck Morrison (email approval 5/26/21)
HEIDI BUCK MORRISON
Attorney for Creditor Josiah M. Silva Trust

STIPULATION TO VACATE AND RESET HEARINGS – Page 2

DATED this 26th day of May, 2021.

    /s/  Matt Grimshaw (email approval 5/26/21)
MATTHEW W. GRIMSHAW
Subchapter V Trustee

DATED this 26th day of May, 2021.

    /s/ D. Blair Clark (email approval 5/26/21)
D. BLAIR CLARK
Attorney for Creditors Nalin Enterprises and MR Realty, LLC

DATED this 26th day of May, 2021.

    /s/ Timothy Ducar (email approval 5/26/21)
TIMOTHY D. DUCAR
Attorney for Creditor American Builders & Supply

DATED this 26th day of May, 2021.

    /s/ Trevor Hart (email approval 5/26/21)
TREVOR L. HART
Attorney for Creditor BRMK Lending, LLC

DATED this ___ day of May, 2021.

    /s/ Jay Kiiha (email approval 5/26/21)
JAY J. KIIHA
Attorney for Creditor Obraza Revocable Trust

STIPULATION TO VACATE AND RESET HEARINGS – Page 3

DATED this 25th day of May, 2021.

        /s/ Jed Manwaring (email approval 5/25/21)
JED W. MANWARING
Attorney for Creditor ProCon Homes, Inc.

DATED this 25th day of May, 2021.

        /s/ Jason Naess (email approval 5/25/21)
JASON R. NAESS
Attorney for Unites States Trustee

STIPULATION TO VACATE AND RESET HEARINGS – Page 4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of May, 2021, I filed the foregoing STIPULATION TO VACATE AND RESET HEARINGS electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Heidi Buck Morrison | heidi@racineolson.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| Matthew Todd Christensen | mtc@angstman.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Kevin E. Dinius | kdinius@diniuslaw.com |
| Timothy D. Ducar | orders@azlawyers.com |
| Thomas E. Dvorak | ted@givenspursley.com |
| Daniel C. Green | dan@racinelaw.net |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Jonathan W. Harris | jwharris@bakerharrislaw.com |
| Trevor L. Hart | tlh@perrylawpc.com |
| Kirk J. Houston | khouston@whitepeterson.com |
| Andrew Seth Jorgensen | andrew.jorgensen@usdoj.gov |
| Jay J Kiiha | jkiiha@whitepeterson.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Chad Moody | chad@angstman.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Randall A Peterman | rap@givenspursley.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

Any others as listed on the Court's ECF Notice.

                /s/ Matt Christensen
                Matthew T. Christensen