Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email: sschwager@hawleytroxell.com
       bwilson@hawleytroxell.com

Attorneys for Creditor North West Contracting Services LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | Case No. 20-00674-JMM |
| ) | |
| BEST VIEW CONSTRUCTION & ) | Chapter 11 |
| DEVELOPMENT, LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |

**APPLICATION FOR ADMINISTRATIVE EXPENSE AND REQUEST TO BE PAID USING DIP LOAN FUNDS**

> **Notice of Application for Administrative Expense and Request to be Paid Using DIP Loan Funds and Opportunity to Object and for a Hearing**
>
> **No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **fourteen (14)** days of the date of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> **Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

APPLICATION FOR ADMINISTRATIVE EXPENSE AND REQUEST TO BE
PAID USING DIP LOAN FUNDS - 1

59276.0001.13866408.1

> **Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Creditor North West Contracting Services LLC ("**North West**"), by and through its counsel of record, HAWLEY TROXELL ENNIS & HAWLEY LLP, hereby files this Application for Administrative Expense and Request to be Paid Using DIP Loan Funds ("**Application**"), pursuant to the Order Granting Motion for Leave to Incur Secured Indebtedness and Pay Certain Post-Petition Obligations (Dkt. No. 221) (the "**Order**") entered by the Court on May 12, 2021, and pursuant to 11 U.S.C. § 503(b)(1)(A) and 11 U.S.C. § 507(a)(2). In support of this Application North West respectfully states and represents that:

1. North West is a subcontractor who has worked with Debtor Best View Construction & Development, LLC ("**Debtor**") on a real estate construction project to build a quad-plex located in Nampa, Idaho (the "**Project**").

2. North West's work on the Project began prior to Debtor's bankruptcy case, and North West is a creditor of Debtor's estate for prepetition amounts due and owing.

3. In addition, Debtor and North West agreed postpetition that North West would continue to work on the Project for the benefit of Debtor's bankruptcy estate.

4. During Debtor's bankruptcy case, for the benefit of the estate, North West performed subcontractor construction work on the Project from August 3, 2020, through October 9, 2020. A true and correct copy of the invoice of the work completed by North West during this time is attached hereto and incorporated by reference herein as **Exhibit A**.

5. North West is owed $125,000.00, per Exhibit A, for work completed on the Project postpetition for the benefit of Debtor's estate.

6. The basis for the relief sought herein is 11 U.S.C. § 503(b)(1)(A) and the Order. Section 503(b)(1)(A) allows as an administrative expense "the actual, necessary costs and expenses of preserving the estate." Collier notes "[t]he modifiers 'actual' and 'necessary' must be observed with scrupulous care. Before incurring expenses, the trustee should conclude that they are indeed necessary to preserve the estate. 'Preserving the estate,' however, should not be interpreted narrowly . . . preserving the estate may also include . . . continuation of the business . . . ." 4 COLLIER ON BANKRUPTCY ¶ 503.06[1] (Alan N. Resnick & Henry J. Sommer eds., 16th ed.); *see also Reading Co. v. Brown*, 391 U.S. 471, 475 (1968) (holding that preservation of the estate includes operating the business of the debtor and allowing a tort claim against the bankruptcy estate to be an administrative expense). Section "503(b)(1)(A) serves an important interest because it provides and incentive to creditors to continue to deal with a debtor in bankruptcy so that the debtor may continue its business and thus benefit the estate." *In re Azevedo*, 2012 WL 372672, at *2 (Bankr. D. Idaho Aug. 17, 2021) (citing 4 COLLIER ON BANKRUPTCY ¶ 503.06[2]). The test under § 503(b)(1)(A) applied by the court is a two-step inquiry such that a court must determine: (1) whether the expense arose from a transaction with the estate; and (2) whether the transaction directly and substantially benefited the estate. *Abercrombie v. Hayden Corp. (In re Abercrombie)*, 66 F.3d 1091, 1094 (9th Cir. 1998); *Microsoft Corp. v. DAK Industries, Inc. (In re DAK Industries, Inc.)*, 66 F.3d 1091, 1094 (9th Cir. 1995); *Hopkins v. Idaho State University Credit Union (In re Herter)*, 464 B.R. 22, 32 (Bankr. D. Idaho 2011); *see also Kipperman v. Internal Revenue Service (In re 800Ideas.com, Inc.)*, 496 B.R. 165, 175 (9th Cir. BAP 2013).

7. Applying these principles to this case, North West has a valid administrative expense claim in the amount requested herein. North West and Debtor entered into an agreement postpetition for North West to conduct subcontractor work on the Project. Pursuant to that agreement, North West completed work on the Project as identified in Exhibit A hereto. This agreement with Debtor postpetition and work done for the benefit of Debtor's Project is a transaction with the estate, satisfying the first prong of the § 503(b)(1)(A) inquiry.

8. In addition the second prong of the § 503(b)(1)(A) inquiry is met. North West's work on the Project postpetition directly and substantially benefitted the estate by further completing the construction of the Project, of which Project is to be sold for the benefit of Debtor's bankruptcy estate. Moreover, upon payment of the amount requested herein, North West will continue to provide subcontractor work to the Project.

**WHEREFORE**, North West hereby requests that it be paid $125,000.00 as an administrative expense from the DIP Loan funds.

DATED THIS <u>29th</u> day of June, 2021.

                                          HAWLEY TROXELL ENNIS & HAWLEY LLP

                                          By <u>/s/ Brent R. Wilson</u>
                                             Brent R. Wilson, ISB No. 8936
                                             Attorneys for Creditor North West Contracting Services LLC

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 29th day of June, 2021, I electronically filed the foregoing APPLICATION FOR ADMINISTRATIVE EXPENSE AND REQUEST TO BE PAID USING DIP LOAN FUNDS with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Heidi Buck Morrison | heidi@racineolson.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| Matthew Todd Christensen | mtc@angstman.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Kevin E. Dinius | kdinius@diniuslaw.com |
| Timothy D. Ducar | orders@azlawyers.com |
| Thomas E. Dvorak | ted@givenspursley.com |
| Daniel C. Green | dan@racinelaw.net |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Jonathan W. Harris | jwharris@bakerharrislaw.com |
| Trevor L. Hart | tlh@perrylawpc.com |
| Kirk J. Houston | khouston@whitepeterson.com |
| Andrew Seth Jorgensen | andrew.jorgensen@usdoj.gov |
| Jay J Kiiha | jkiiha@whitepeterson.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Chad Moody | chad@angstman.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Randall A Peterman | rap@givenspursley.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

Any others as listed on the Court's ECF Notice.

APPLICATION FOR ADMINISTRATIVE EXPENSE AND REQUEST TO BE
PAID USING DIP LOAN FUNDS - 5

   AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail** (list names and addresses):

Best View Construction & Development, LLC
1625 Mustang Mesa Ave.
Middleton, ID 83644

        /s/ Brent R. Wilson_____
        Brent R. Wilson

EXHIBIT A

# North West Contracting Services
## 10687 Empress Street Nampa ID 83687
## 208-696-8394



## Quads Nampa

| INVOICE 8-3-2020 -10-09-2020 |
| --- |

**BILL TO**

Best View quads        1910 sunny ridge RD
                       Nampa ID 83651

| DISCRIPTION | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1. (Framing) finished incomplete framing as well as framing repairs that had to be made over full site to pass inspection. Please see notes and videos sent. | | $35,000 |
| 2. Windows installation and reset on previously installed | | $24,352 |
| 3. Siding installation and siding repairs | | $65,648 |
| , 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

| | SUBTOTAL | $125,000 |
| --- | --- | --- |
| | **TOTALE DUE ON RECEIPT** | $125,000 |

Thank you for your business!