**Patrick J. Geile,**
**Bar No. 6975**
**FOLEY FREEMAN, PLLC**
**953 S. Industry Way**
**P.O. Box 10**
**Meridian, ID 83680**
**Phone: (208) 888-9111**
**Fax: (208) 888-5130**
**pgeile@foleyfreeman.com**

**Attorney for Creditor Asphalt Driveways & Patching**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| In re: | Case No. 20-00674-JMM |
|---|---|
| **BEST VIEW CONSTRUCTION & DEVELOPMENT, LLC,** | Chapter 11 |
| Debtor(s). | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

   PLEASE TAKE NOTICE that Patrick J. Geile of the law firm of FOLEY FREEMAN, PLLC, hereby appears for the above-named Creditor, Asphalt Driveway & Patching, and requests to be added to the court's electronic mailing matrix.

   DATED this 1st day of July, 2021.

                   FOLEY FREEMAN, PLLC

                   /s/Patrick J. Geile
                   Patrick J. Geile
                   Attorney for Creditor

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 1**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of July, 2021, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| **Office of the U.S. Trustee**<br>Washington Group Central Plaza<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712 | _X_ | CM/ECF Notice |
| **Brent Russel Wilson**<br>Hawley Troxell Ennis & Hawley LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83701-1617<br>bwilson@hawleytroxell.com | _X_ | CM/ECF Notice |
| **Randall A Peterman**<br>Givens Pursley LLP<br>601 W. Bannock St.<br>P.O. Box 2720<br>Boise, ID 83702<br>rap@givenspursley.com | _X_ | CM/ECF Notice |
| **Mark Bradford Perry**<br>Perry Law, P.C.<br>POB 637<br>Boise, ID 83701<br>mbp@perrylawpc.com | _X_ | CM/ECF Notice |
| **Jason Ronald Naess**<br>DOJ-UST<br>550 West Fort St.<br>Ste 698<br>Boise, ID 83724<br>Jason.r.naess@usdoj.gov | _X_ | CM/ECF Notice |
| **Chad Moody**<br>Angstman Johnson<br>199 N. Capitol Blvd., Ste. 200<br>Boise, ID 83702<br>chad@angstman.com | _X_ | CM/ECF Notice |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 2**

| | | |
|---|---|---|
| **Jed W. Manwaring**<br>Evans Keane LLP<br>1161 W. River St.<br>Suite 100<br>PO Box 959<br>Boise, ID 83701-0959<br>jmanwaring@evanskeane.com | _X_ | CM/ECF Notice |
| **Jay J Kiiha**<br>White, Peterson, Gigray & Nichols, PA<br>5700 E. Franklin Road, Ste. 200<br>Nampa, ID 83687<br>jkiiha@whitepeterson.com | _X_ | CM/ECF Notice |
| **Andrew Seth Jorgensen**<br>DOJ-UST<br>550 W Fort St.<br>Ste 698<br>Boise, ID 83724<br>andrew.jorgensen@usdoj.gov | _X_ | CM/ECF Notice |
| **Kirk J Houston**<br>Smith and Malek, PLLC<br>101 S Capitol Blvd<br>Ste. 930<br>Boise, ID 83702<br>khouston@whitepeterson.com | _X_ | CM/ECF Notice |
| **Trevor L Hart**<br>PERRY LAW PC<br>PO Box 637<br>Boise, ID 83701-0637<br>tlh@perrylawpc.com | _X_ | CM/ECF Notice |
| **Jonathan W Harris**<br>BAKER & HARRIS<br>266 W Bridge<br>Blackfoot, ID 83221<br>jwharris@bakerharrislaw.com | _X_ | CM/ECF Notice |
| **Jared M Harris**<br>266 W Bridge Street<br>Blackfoot, ID 83221<br>jharris@bakerharrislaw.com | _X_ | CM/ECF Notice |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 3**

| | | |
|---|---|---|
| **Daniel C Green**<br>POB 1391<br>Pocatello, ID 83204-1391<br>dan@racinelaw.net | __X__ | CM/ECF Notice |
| **Thomas E Dvorak**<br>POB 2720<br>Boise, ID 83701-2720<br>ted@givenspursley.com | __X__ | CM/ECF Notice |
| **Timothy D Ducar**<br>Law Offices of Timothy D. Ducar, PLC<br>7430 E Butherus Drive, Suite E<br>Scottsdale, AZ 85260<br>orders@azlawyers.com | __X__ | CM/ECF Notice |
| **Kevin E Dinius**<br>Dinius Law<br>5680 E Franklin Rd 130<br>Nampa, ID 83687<br>kdinius@diniuslaw.com | __X__ | CM/ECF Notice |
| **D Blair Clark**<br>967 E. Parkcenter Boulevard #282<br>Boise, ID 83706)<br>dbc@dbclarklaw.com | __X__ | CM/ECF Notice |
| **Matthew Todd Christensen**<br>Angstman Johnson, PLLC<br>199 N. Capitol Blvd., Ste. 200<br>Boise, ID 83702<br>mtc@angstman.com | __X__ | CM/ECF Notice |
| **Brett R Cahoon**<br>DOJ-UST<br>550 West Fort St.<br>Ste 698<br>Boise, ID 83724<br>ustp.region18.bs.ecf@usdoj.gov | __X__ | CM/ECF Notice |
| **Heidi Buck Morrison**<br>Racine Olson, PLLP<br>201 East Center Street<br>Pocatello, ID 83201<br>heidi@racineolson.com | __X__ | CM/ECF Notice |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 4**

| | | |
|---|---|---|
| **Best View Construction & Development, LLC**<br>1625 Mustang Mesa Ave.<br>Middleton, ID 83644 | __X__ | U.S. Mail |

/s/ Patrick J. Geile

Patrick J. Geile

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 5**