UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | Case No. 20-00674-JMM |
| | ) | |
| BEST VIEW CONSTRUCTION & DEVELOPMENT, LLC, | ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) ) | |

### ORDER GRANTING APPLICATION FOR ADMINISTRATIVE EXPENSE AND REQUEST TO BE PAID USING DIP LOAN FUNDS

Before the Court is the Application for Administrative Expense and Request to be Paid Using DIP Loan Funds (Dkt. No. 240) (the "**Application**") filed by creditor North West Contracting Services LLC ("**North West**") on June 29, 2021, no objection having been filed thereto, and for good cause appearing; **IT IS HEREBY ORDERED**:

1. The Application is **APPROVED**; and

2. Pursuant to 11 U.S.C. § 503(b)(1)(A) and 11 U.S.C. § 507(a)(2), North West is granted an administrative expense priority claim in this case in the amount of $125,000.00, as requested in the Application; and

Pursuant to the Order Granting Motion for Leave to Incur Secured Indebtedness and Pay Certain Post-Petition Obligations (Dkt. No. 221), entered by this Court on May 12, 2021, Debtor Best

ORDER GRANTING APPLICATION FOR ADMINISTRATIVE EXPENSE
AND REQUEST TO BE PAID USING DIP LOAN FUNDS - 1

59276.0001.13918233.1

View Construction & Development, LLC is authorized and directed to pay North West its administrative expense priority claim in the amount of $125,000.00.



DATED:  July 22, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:

/s/ Brent R. Wilson_____
Brent R. Wilson, ISB No. 8936
Attorney for North West Contracting Services LLC

ORDER GRANTING APPLICATION FOR ADMINISTRATIVE EXPENSE
AND REQUEST TO BE PAID USING DIP LOAN FUNDS - 2

59276.0001.13918233.1