Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
JOHNSON MAY
199 N. Capitol Blvd., Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email:  mtc@johnsonmaylaw.com
        crm@johnsonmaylaw.com

Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>BESTVIEW CONSTRUCTION &<br>DEVELOPMENT, LLC<br><br>Debtor. | Case No. 20-00674-JMM<br><br>Chapter 11<br>(Subchapter V) |

## AMENDED OBJECTION TO CLAIM - NALIN ENTERPRISES, LLC
### (AND ABC SUPPLY CO.)

To:    Nalin Enterprises, LLC
       c/o D. Blair Clark
       967 E. Parkcenter Blvd., #282
       Boise, ID 83706

### BACKGROUND

On July 22, 2020, Bestview Construction & Development, LLC (hereinafter "Bestview" or "Debtor"), filed a petition in this Court under Chapter 11, Subchapter V, of the Bankruptcy Code on the 22nd day of July 2020 (Docket 1, hereinafter "Petition"). On November 5, 2020, Nalin Enterprises, LLC (herein after "Nalin and/or ABC Supply"), filed its proof of claim (Claim No. 14-1, hereinafter "Claim"), alleging that $197,009.10 was secured by a lien on real property from that certain Mechanic's Lien recorded by the Canyon County Recorder on August 28, 2020, as

AMENDED OBJECTION TO CLAIM – NALIN ENTERPRISES, LLC (AND ABC SUPPLY CO) –
Page 1

Instrument No. 2020-049226. Debtor filed its Objection to Claim and Notice – Nalin Enterprises, LLC (and ABC Supply Co.), on March 17, 2021 (Docket 197, hereinafter "Objection").  Following the hearing held on January 26, 2021, relating to the Objection, this Court issued a Summary Order Requiring Supplemental Briefing (Docket 305).  Based on the discussions at the hearing the Court' subsequent order, Debtor submits this amended objection.

## AMENDED OBJECTION

The Debtor's amended objection is made on the following grounds:

1.      The Proof of Claim is untimely.  It was filed on November 5, 2020.  The deadline in this case for filing non-governmental proofs of claim was September 30, 2020.

2.      To the extent the Claim purports to be a secured claim based on mechanics' liens filed by Nalin Enterprises and/or ABC Supply Co., the mechanics' liens fail to include a proper or valid legal description of the property to be secured.

3.      Nalin and/or ABC Supply provided certain materials for the Bestview Quads project.  However, after delivering materials, ABC Supply later returned and took back many of the materials that had been delivered.  ABC Supply has failed to account for these repossessed materials in their Claim for compensation.  Further, the materials that were left on the project and, in fact, used on the project (consisting mostly of siding and windows) were previously paid by the Debtor to Nalin Enterprises.  Nalin and/or ABC Supply provided lien waivers for those materials that were, in fact, paid for.

4.      Further, the Debtor disputes labor performed by Nalin and/or ABC Supply Co. was professionally or competently performed and/or materials furnished were correct or of correct quality.  Work was performed incorrectly, was incomplete, and/or was not completed in time and causes delays to the rest of the work being performed by other parties.

AMENDED OBJECTION TO CLAIM – NALIN ENTERPRISES, LLC (AND ABC SUPPLY CO) –
Page 2

5.      During the time in which services were provided to Bestview, from Nalin and/or ABC Supply Co, Nalin did not carry a valid Contractor's License, pursuant to I.C. § 54-5204. Without a valid Contractor's License, the Contractor does not have the right to pursue payment or record a claim of lien against the real property; therefore, making the basis of Claim No. 14 null and void (see Docket 302, pg. 2-4).

6.      Nalin failed to continue to perfect its interest in the real property as required by 11 U.S.C. § 546(b).

Based on the foregoing objections, the Claim asserted by Nalin Enterprises in its Proof of Claim No. 14 (and, to the extent disguised as a claim by Nalin Enterprises, the claim of ABC Supply) should be disallowed.

DATED this 16th day of February, 2022.

                                                            /s/ Chad R. Moody
                                                      CHAD R. MOODY
                                                      Attorney for Debtor-in-Possession

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 16th day of February, 2022, I filed the foregoing AMENDED OBJECTION TO CLAIM – NALIN & ABC SUPPLY electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Heidi Buck Morrison | heidi@racineolson.com |
| Brett R Cahoon | ustp.region18bs.ecf@usdoj.gov |
| Alexandra O Caval | alex@cavallawoffice.com |
| Matthew Todd Christensen | mtc@johnsonmaylaw.com |
| D Blair Clark | dbc@dbclarklaw.com |
| Kevin E Dinius | kdinius@diniuslaw.com |
| Timothy D Ducar | ordres@azlawyers.com |
| Thomas E Dvorak | ted@givenspursley.com |
| Patrick John Geile | pgeile@foleyfreeman.com |
| Daniel C Green | dan@racinelaw.net |
| Matthew W Grimshaw | matt@grimshawlawgroup.com |
| Jonathan W Harris | jharris@bakerharrislaw.com |
| Trevor L Hart | tlh@perrylawpc.com |
| Andrew Seth Jorgensen | andrew.jorgensen@usdoj.gov |
| Jay J Kiiha | jkiiha@whitepeterson.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Chad Moody | chad@johnsonmaylaw.com |
| Jason Ronald Naess | jason.r.naess@usdoj.gov |
| Mark B. Perry | mbp@perrylawpc.com |
| Randall A. Peterman | rap@givenspursley.com |
| P. Rick Tuha | rick@idaholawgroup.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Brent Russel Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, postage prepaid:

Nalin Enterprises, LLC
PO Box 191203
Boise, ID 83719

American Builders and Contractors
Supply Co. Inc.
dba ABC Supply Co., Inc.
One ABC Parkway
Beloit, Wisconsin 53511

_____
  */s/ Chad R. Moody*
Chad R. Moody